B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hico Flex Brass Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2531625** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**931 West 19th Street**<br>**Chicago, IL**<br>ZIP Code **60608** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*)

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Hico Flex Brass Company, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____  Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                   Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hico Flex Brass Company, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

### Signature of Attorney*

X **/s/ William J. Factor**
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name

**1363 Shermer Road
Suite 224
Northbrook, IL 60062**

Address

**Email: wfactor@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233**
Telephone Number

**December  6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Neil Isaacs**
Signature of Authorized Individual

**Neil Isaacs**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December  6, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Hico Flex Brass Company, Inc.          Case No. _____

Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Blitt & Gaines P.C. 661 Glenn Ave. Wheeling, IL 60090 | Blitt & Gaines P.C. 661 Glenn Ave. Wheeling, IL 60090 | | | 3,637.50 |
| Blue Cross Blue Shield of Illinois 300 East Randolph Street Chicago, IL 60601-5099 | Blue Cross Blue Shield of Illinois 300 East Randolph Street Chicago, IL 60601-5099 | | | 8,381.61 |
| Cbeyond 1520 Kennsington Road Suite 300 Oak Brook, IL 60523 | Cbeyond 1520 Kennsington Road Suite 300 Oak Brook, IL 60523 | | | 2,963.68 |
| Chase Card Services Mail Code KY1-0900 6714 Grande Land Bldg., 8 Suite 807 Louisville, KY 40213 | Chase Card Services Mail Code KY1-0900 6714 Grande Land Bldg., 8 Suite 807 Louisville, KY 40213 | | | 22,000.00 |
| Cook County Treasurer 118 N. Clark Street Suite 112 Chicago, IL 60602 | Cook County Treasurer 118 N. Clark Street Suite 112 Chicago, IL 60602 | | | 6,988.46 |
| Dawnway Enterprise Co., Ltd. No. 69, Lane 466, Gangnan Rd. Sec.2 Wuchi, Taichung 435 Taiwan | Dawnway Enterprise Co., Ltd. No. 69, Lane 466, Gangnan Rd. Sec.2 Wuchi, Taichung 435 Taiwan | | Unliquidated Disputed | 280,000.00 |
| Elk Grove Rubber Co. 99 Commercial Ave. Addison, IL 60101 | Elk Grove Rubber Co. 99 Commercial Ave. Addison, IL 60101 | | | 6,250.02 |
| Federal Express Corp. Revenue Recovery/Bankruptcy 3965 Airway Blvd., Module G, 3rd Fl Memphis, TN 38116 | Federal Express Corp. Revenue Recovery/Bankruptcy 3965 Airway Blvd., Module G, 3rd Fl Memphis, TN 38116 | | | 2,941.59 |
| Howard Simon & Associates 304 Saunders Road Deerfield, IL 60015-3858 | Howard Simon & Associates 304 Saunders Road Deerfield, IL 60015-3858 | | | 5,177.50 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Hico Flex Brass Company, Inc.**    Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Impacct Sales Co.<br>804 Spring Valley Court<br>Schaumburg, IL 60193 | Impacct Sales Co.<br>804 Spring Valley Court<br>Schaumburg, IL 60193 | | | 2,835.39 |
| Kutchins, Robbins &<br>Diamond, LTD<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Kutchins, Robbins & Diamond, LTD<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | | | 13,250.00 |
| Mesirow Insurance Services,<br>Inc.<br>353 N. Clark Street<br>Chicago, IL 60654 | Mesirow Insurance Services, Inc.<br>353 N. Clark Street<br>Chicago, IL 60654 | | | 16,204.60 |
| Neal, Gerber & Eisenberg,<br>LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Neal, Gerber & Eisenberg, LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | | | 31,214.00 |
| Nielsen Business Media<br>200 W. Jackson Blvd.<br>Suite 2700<br>Chicago, IL 60606 | Nielsen Business Media<br>200 W. Jackson Blvd.<br>Suite 2700<br>Chicago, IL 60606 | | | 3,850.00 |
| Potratz & Hollander, PC<br>30 N. LaSalle St.<br>Suite 3900<br>Chicago, IL 60602 | Potratz & Hollander, PC<br>30 N. LaSalle St.<br>Suite 3900<br>Chicago, IL 60602 | | | 5,200.00 |
| Premium Assignment<br>Corporation<br>401 S. Carlton<br>Suite 201<br>Wheaton, IL 60187 | Premium Assignment Corporation<br>401 S. Carlton<br>Suite 201<br>Wheaton, IL 60187 | | | 14,622.84 |
| Prudential<br>13001 County Road 10<br>Minneapolis, MN 55442 | Prudential<br>13001 County Road 10<br>Minneapolis, MN 55442 | | | 4,331.00 |
| PT. Ever Age Valves Metals<br>Jl. Raya Sumengko-Gresik<br>Km 30.7<br>Wringinanom-Gresik (61176)<br>Jatim-Indonesia | PT. Ever Age Valves Metals<br>Jl. Raya Sumengko-Gresik Km 30.7<br>Wringinanom-Gresik (61176)<br>Jatim-Indonesia | | | 7,958.00 |
| Santana Energy Services<br>PO Box 200024<br>Houston, TX 77216-0024 | Santana Energy Services<br>PO Box 200024<br>Houston, TX 77216-0024 | | | 2,866.48 |
| Schmidt, Salzman & Moran,<br>Ltd.<br>111 W. Washington St.<br>Suite 1300<br>Chicago, IL 60602 | Schmidt, Salzman & Moran, Ltd.<br>111 W. Washington St.<br>Suite 1300<br>Chicago, IL 60602 | | | 3,939.22 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Hico Flex Brass Company, Inc.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 6, 2010**                    Signature   **/s/ Neil Isaacs**
                                                          **Neil Isaacs**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

G Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
G See separate instructions.

OMB No. 1545-0130

**2008**

| For calendar year 2008 or tax year beginning | 12/01 | , 2008, ending | 11/30 | , 2009 |

**A** S election effective date
12/01/1987

**B** Business activity code number (see instrs)
423700

**C** Check if Sch M-3 attached ☐

Use the IRS label. Otherwise, print or type.

HICO FLEX BRASS COMPANY, INC.
931 WEST 19TH STREET
CHICAGO, IL 60608

**D** Employer identification number
36-2531625

**E** Date incorporated
12/01/1962

**F** Total assets (see instructions)
$ 5,028,998.

**G** Is the corporation electing to be an S corporation beginning with this tax year?   ☐ Yes  ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
(4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ G  1

Caution. Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales.. | 2,812,551. | b Less returns and allowances.. | 4,587. | c Bal G | 1c | 2,807,964. |
| 2 Cost of goods sold (Schedule A, line 8)................................................. | | 2 | 1,247,507. |
| 3 Gross profit. Subtract line 2 from line 1c.............................................. | | 3 | 1,560,457. |
| 4 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797)................... | | 4 | |
| 5 Other income (loss) (attach statement) ........................ SEE STATEMENT 1 | | 5 | 55,700. |
| 6 Total income (loss). Add lines 3 through 5............................................G | | 6 | 1,616,157. |

**DEDUCTIONS (SEE INSTRS)**

| | | |
|---|---|---|
| 7 Compensation of officers................................................................ | 7 | 130,878. |
| 8 Salaries and wages (less employment credits) ........................................ | 8 | 681,386. |
| 9 Repairs and maintenance............................................................... | 9 | |
| 10 Bad debts............................................................................. | 10 | 813. |
| 11 Rents................................................................................. | 11 | 29,700. |
| 12 Taxes and licenses........................................ SEE STATEMENT 2 | 12 | 86,040. |
| 13 Interest.............................................................................. | 13 | 57,937. |
| 14 Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562)..... | 14 | 19,819. |
| 15 Depletion (Do not deduct oil and gas depletion.)...................................... | 15 | |
| 16 Advertising........................................................................... | 16 | 2,840. |
| 17 Pension, profit-sharing, etc, plans.................................................... | 17 | 10,350. |
| 18 Employee benefit programs............................................................ | 18 | |
| 19 Other deductions (attach statement) ........................ SEE STATEMENT 3 | 19 | 662,275. |
| 20 Total deductions. Add lines 7 through 19...........................................G | 20 | 1,682,038. |
| 21 Ordinary business income (loss). Subtract line 20 from line 6 ....................... | 21 | -65,881. |

**TAX AND PAYMENTS**

| | | | |
|---|---|---|---|
| 22a Excess net passive income or LIFO recapture tax (see instructions)................. | 22a | | |
| b Tax from Schedule D (Form 1120S)............................................... | 22b | | |
| c Add lines 22a and 22b (see instructions for additional taxes)..................... | | 22c | |
| 23a 2008 estimated tax payments and 2007 overpayment credited to 2008........ | 23a | | |
| b Tax deposited with Form 7004................................................ | 23b | | |
| c Credit for federal tax paid on fuels (attach Form 4136)........................ | 23c | | |
| d Add lines 23a through 23c...................................................... | | 23d | |
| 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached..........G ☐ | | 24 | |
| 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed... | | 25 | 0. |
| 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid..... | | 26 | |
| 27 Enter amount from line 26 Credited to 2009 estimated tax | Refunded | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

A _____
Signature of officer          Date

A _____
Title

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature A | Date | Check if self-employed .... ☐ | Preparer's SSN or PTIN P00040253 |

Firm's name (or yours if self-employed), address, and ZIP code   A

MANNING SILVERMAN & COMPANY
175 OLDE HALF DAY ROAD, #290
LINCOLNSHIRE, IL 60069

EIN  36-3682564

Phone no. (847) 459-8850

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

SPSA0105L 12/30/08

Form 1120S (2008)

Form 1120S (2008)   HICO FLEX BRASS COMPANY, INC.        36-2531625                     Page 2

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 2,905,417. |
| 2 | Purchases | 2 | 1,171,859. |
| 3 | Cost of labor | 3 | 216,077. |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) ........... SEE STATEMENT 4 | 5 | 33,685. |
| 6 | Total. Add lines 1 through 5 | 6 | 4,327,038. |
| 7 | Inventory at end of year | 7 | 3,079,531. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 1,247,507. |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (Specify method used and attach explanation.) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) .................................. G ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ..................... G ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ..................................................... | 9d |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ............ ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation .............................. ☐ Yes ☒ No

## Schedule B    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|

1 Check accounting method:   a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) G _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

2 See the instructions and enter the:
a Business activity G JOBBER _ _ _ _ _ _ _ _ _ _ _ _ _ b Product or service .. G PLUMBING SUPPLIES _ _ _ _ _

3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? .................................................................................. | | | X |

4 Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? ............................................................... | | | X |

5 Check this box if the corporation issued publicly offered debt instruments with original issue discount ............... G ☐
If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

6 If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ...................................... G $ _ _ _ _ _ _ _ _ _ _ _ _

7 Enter the accumulated earnings and profits of the corporation at the end of the tax year ........ $ _ _ _ _ _ _ _ _

8 Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 .................. | | | X |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -65,881. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| I | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| N | 4 | Interest income | 4 | |
| C | 5 | Dividends:  a Ordinary dividends | 5a | |
| O | | b Qualified dividends | 5b | |
| M | | | | |
| E | 6 | Royalties | 6 | |
| (L | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| O | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| S | | b Collectibles (28%) gain (loss) | 8b | |
| S) | | c Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) | 10 | |

Form 1120S (2008)

Form 1120S (2008)   HICO FLEX BRASS COMPANY, INC.   36-2531625   Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| Deduc-tions | 11 Section 179 deduction (attach Form 4562) ...................................... | 11 | |
| | 12a Contributions ....................................... SEE STATEMENT 5 .... | 12a | 225. |
| | b Investment interest expense ............................................... | 12b | |
| | c Section 59(e)(2) expenditures (1) Type G _____ (2) Amount G | 12c (2) | |
| | d Other deductions (see instructions) ... Type G | 12d | |
| Credits | 13a Low-income housing credit (section 42(j)(5)) .................................... | 13a | |
| | b Low-income housing credit (other) ......................................... | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) ............... | 13c | |
| | d Other rental real estate credits (see instrs)   Type G | 13d | |
| | e Other rental credits (see instrs)   Type G | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit (attach Form 6478) .................. | 13f | |
| | g Other credits (see instructions) ...... Type G | 13g | |
| Foreign Trans-actions | 14a Name of country or U.S. possession ...... G | | |
| | b Gross income from all sources ............................................. | 14b | |
| | c Gross income sourced at shareholder level .................................... | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category ....................................................... | 14d | |
| | e General category ...................................................... | 14e | |
| | f Other (attach statement)................................................. | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense....................................................... | 14g | |
| | h Other............................................................... | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category ...................................................... | 14i | |
| | j General category ...................................................... | 14j | |
| | k Other (attach statement)................................................. | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): G ☐ Paid   ☐ Accrued .................. | 14l | |
| | m Reduction in taxes available for credit | | |
| | (attach statement) ..................................................... | 14m | |
| | n Other foreign tax information (attach statement) | | |
| Alterna-tive Mini-mum Tax (AMT) Items | 15a Post-1986 depreciation adjustment ........................................ | 15a | -42. |
| | b Adjusted gain or loss................................................... | 15b | |
| | c Depletion (other than oil and gas)......................................... | 15c | |
| | d Oil, gas, and geothermal properties ' gross income........................... | 15d | |
| | e Oil, gas, and geothermal properties ' deductions............................. | 15e | |
| | f Other AMT items (attach statement)....................................... | 15f | |
| Items Affec-ting Share-holder Basis | 16a Tax-exempt interest income.............................................. | 16a | |
| | b Other tax-exempt income................................................ | 16b | |
| | c Nondeductible expenses ....................... SEE STATEMENT 6 .... | 16c | 5,155. |
| | d Property distributions................................................... | 16d | |
| | e Repayment of loans from shareholders..................................... | 16e | |
| Other Inform-ation | 17a Investment income..................................................... | 17a | |
| | b Investment expenses................................................... | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits ................ | 17c | |
| | d Other items and amounts | | |
| | (attach statement) | | |
| Recon-ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right col-umn. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l ... | 18 | -66,106. |

BAA   Form 1120S (2008)

SPSA0134L   06/25/08

Form 1120S (2008)   HICO FLEX BRASS COMPANY, INC.    36-2531625                         Page 4

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 11,130. | | |
| 2a Trade notes and accounts receivable | 473,462. | | 198,314. | |
| b Less allowance for bad debts | 10,000. | 463,462. | 10,000. | 188,314. |
| 3 Inventories | | 2,905,417. | | 3,079,531. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) SEE ST 7 | | 170,357. | | 154,777. |
| 7 Loans to shareholders | | 441,164. | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 290,417. | | 290,417. | |
| b Less accumulated depreciation | 190,404. | 100,013. | 210,223. | 80,194. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) SEE ST 8 | | 1,661,354. | | 1,526,182. |
| 15 Total assets | | 5,752,897. | | 5,028,998. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 819,424. | | 188,076. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 1,407,402. | | 1,255,317. |
| 18 Other current liabilities (attach stmt) SEE ST 9 | | 159,264. | | 302,403. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 12,344. | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 3,000. | | 3,000. |
| 23 Additional paid-in capital | | 500. | | 500. |
| 24 Retained earnings | | 3,400,963. | | 3,329,702. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | 50,000. | | 50,000. |
| 27 Total liabilities and shareholders' equity | | 5,752,897. | | 5,028,998. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more '  see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | -71,261. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ _____ | | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | | | |
| a Depreciation ........ $ _____ | | a Depreciation ... $ _____ | | | |
| b Travel and entertainment $      5,002. | | | | | |
| SEE STATEMENT 10         153 | 5,155. | 7 Add lines 5 and 6 | | | 0. |
| 4 Add lines 1 through 3 | -66,106. | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | | -66,106. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 1,247,747. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | ( 65,881.) | | |
| 5 Other reductions SEE STATEMENT 11 | ( 5,380.) | | |
| 6 Combine lines 1 through 5 | 1,176,486. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 1,176,486. | | |

671108

| | Final K-1 | | Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
(Form 1120S)

Department of the Treasury
Internal Revenue Service

**2008**

For calendar year 2008, or tax
year beginning 12/01 , 2008
ending 11/30 , 2009

**Shareholder's Share of Income, Deductions, Credits, etc.**  G See page 2 of form and separate instructions.

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
36-2531625

**B** Corporation's name, address, city, state, and ZIP code
HICO FLEX BRASS COMPANY, INC.
931 WEST 19TH STREET
CHICAGO, IL 60608

**C** IRS Center where corporation filed return
CINCINNATI, OH

| Part II | Information About the Shareholder |

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
LILA ISAACS
3107 WILMETTE AVENUE
WILMETTE, IL 60091

**F** Shareholder's percentage of stock
ownership for tax year.................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| # | Item | # | Item |
|---|------|---|------|
| 1 | Ordinary business income (loss) -65,881. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items A -42. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C* 5,155. |
| 12 | Other deductions A 225. | | |
| | | 17 | Other information |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2008

SHAREHOLDER 1

SPSA0412L  12/10/08

HICO FLEX BRASS COMPANY, INC. 36-2531625

SCHEDULE K-1 (FORM 1120S) 2008                SUPPLEMENTAL INFORMATION                                    PAGE    2

BOX 16
ITEMS AFFECTING SHAREHOLDER BASIS

* DESCRIPTIVE INFORMATION
C    DISALLOWED MEALS AND ENTERTAINMENT.................................................  $          5,002.
C    PENALTIES.............................................................................................               153.

SHAREHOLDER 1 : LILA ISAACS

OMB No. 1545-0172

| Form **4562** | Depreciation and Amortization<br>(Including Information on Listed Property) | **2008** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | G See separate instructions.   G Attach to your tax return. | Attachment<br>Sequence No. 67 |

| Name(s) shown on return | Identifying number |
|---|---|
| HICO FLEX BRASS COMPANY, INC. | 36-2531625 |

Business or activity to which this form relates

FORM 1120S

## Part I  Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 . . . . G  13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 16,563. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . G ☐ | | |

### Section B ' Assets Placed in Service During 2008 Tax Year Using the General Depreciation System

| (a)<br>Classification of property | (b) Month and<br>year placed<br>in service | (c) Basis for depreciation<br>(business/investment use<br>only ' see instructions) | (d)<br>Recovery period | (e)<br>Convention | (f)<br>Method | (g) Depreciation<br>deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

### Section C ' Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 3,256. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations ' see instructions | 22 | 19,819. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . 23 | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIZ0812L 06/12/08    Form 4562 (2008)

Form 4562 (2008)   HICO FLEX BRASS COMPANY, INC.          36-2531625          Page 2

**Part V**   Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

Section A ' Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? .......... [X] Yes ___ No  24b If 'Yes,' is the evidence written? ....... [X] Yes ___ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ................ | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2002 FORD EX | 10/08/02 | 100.0 | 23,515. | 23,515. | 5.0 | 200DB HY | 406. | |
| PORSCHE CAYE | 12/01/06 | 100.0 | 60,871. | 60,871. | 5.0 | 200DB HY | 2,850. | |
| AUTO | 1/01/01 | 100.0 | 25,402. | | 5.0 | 200DB HY | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............... | | | | | 28 | 3,256. | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 .................................... | | | | | | | 29 | 0. |

Section B ' Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles). ................... | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ........ | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven. ................................. | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 .................... | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? .................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? .......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ............ | | | | | | | | | | | | |

Section C ' Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ...................................................... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............ | | |
| 39 Do you treat all use of vehicles by employees as personal use? ................................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) ............ | | |

Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

**Part VI**   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2008 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2008 tax year ...................................... | | | 43 | | |
| 44 Total. Add amounts in column (f). See the instructions for where to report ................ | | | 44 | | |

FDIZ0812L 06/12/08                                                                 Form 4562 (2008)

| 2008 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|

| CLIENT HICO25 | HICO FLEX BRASS COMPANY, INC. | 36-2531625 |
|---------------|-------------------------------|------------|

10/11/10                                                                10:51AM

STATEMENT 1
FORM 1120S, LINE 5
OTHER INCOME

| | | |
|---|---|---|
| BAD DEBT RECOVERY | $ | 5,892. |
| OTHER INCOME | | 49,808. |
| TOTAL | $ | 55,700. |

STATEMENT 2
FORM 1120S, LINE 12
TAXES AND LICENSES

| | | |
|---|---|---|
| FEDERAL INCOME TAX | $ | 781. |
| FRANCHISE TAX | | 100. |
| LICENSES AND PERMITS | | 16,980. |
| PAYROLL TAXES | | 68,179. |
| TOTAL | $ | 86,040. |

STATEMENT 3
FORM 1120S, LINE 19
OTHER DEDUCTIONS

| | | |
|---|---|---|
| ACTUARIAL EXPENSE | $ | 5,583. |
| AUTO AND TRUCK EXPENSE | | 28,813. |
| AUTO LEASE | | 1,705. |
| BANK CHARGES | | 1,213. |
| BARTER EXPENSE | | 4,760. |
| COLLECTION EXPENSE | | 1,223. |
| COMMISSIONS | | 106,896. |
| COMPUTER AND INTERNET | | 9,730. |
| DELIVERY AND FREIGHT | | 32,846. |
| DUES AND SUBSCRIPTIONS | | 8,723. |
| INSURANCE | | 246,288. |
| INSURANCE SERVICE CHARGES | | 71. |
| LEGAL AND PROFESSIONAL | | 65,579. |
| MEALS AND ENTERTAINMENT EXPENSE | | 5,002. |
| OFFICE EXPENSE | | 27,956. |
| PEST CONTROL EXPENSE | | 375. |
| POSTAGE | | 4,126. |
| SALES EXPENSE | | 30,028. |
| SCAVENGER EXPENSE | | 2,390. |
| SHIPPING EXPENSE | | 10,411. |
| TELEPHONE | | 29,076. |
| TRAVEL | | 4,407. |
| UTILITIES | | 35,074. |
| TOTAL | $ | 662,275. |

STATEMENT 4
FORM 1120S, SCHEDULE A, LINE 5
OTHER COSTS

| | | |
|---|---|---|
| FREIGHT IN | $ | 25,554. |
| REPAIRS AND MAINTENANCE | | 2,706. |
| SHOP EXPENSE | | 573. |

| 2008 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| CLIENT HICO25 | HICO FLEX BRASS COMPANY, INC. | 36-2531625 |

10/11/10                                                                                                           10:51AM

**STATEMENT 4 (CONTINUED)**
FORM 1120S, SCHEDULE A, LINE 5
OTHER COSTS

| | | |
|---|---|---:|
| WAREHOUSE RENT | $ | 3,500. |
| WAREHOUSE UTILITIES | | 1,352. |
| | TOTAL $ | 33,685. |

---

**STATEMENT 5**
FORM 1120S, SCHEDULE K, LINE 12A
CHARITABLE CONTRIBUTIONS

| | | |
|---|---|---:|
| CASH CONTRIBUTIONS - 50% LIMITATION | $ | 225. |
| | TOTAL $ | 225. |

---

**STATEMENT 6**
FORM 1120S, SCHEDULE K, LINE 16C
NONDEDUCTIBLE EXPENSES

| | | |
|---|---|---:|
| DISALLOWED MEALS AND ENTERTAINMENT | $ | 5,002. |
| PENALTIES | | 153. |
| | TOTAL $ | 5,155. |

---

**STATEMENT 7**
FORM 1120S, SCHEDULE L, LINE 6
OTHER CURRENT ASSETS

| | BEGINNING | ENDING |
|---|---:|---:|
| DEPOSITS - OTHER | $ 24,385. | $ 0. |
| EMPLOYEE ADVANCES | -180. | -1,635. |
| PREPAID EXPENSES | 47,348. | 58,178. |
| PREPAID INSURANCE | 89,502. | 89,502. |
| PREPAID STATE TAX | 4,157. | 4,157. |
| RECEIVABLES- CONTINENTAL TRADE | 5,145. | 4,575. |
| TOTAL | $ 170,357. | $ 154,777. |

---

**STATEMENT 8**
FORM 1120S, SCHEDULE L, LINE 14
OTHER ASSETS

| | BEGINNING | ENDING |
|---|---:|---:|
| DUE FROM RELATED ENTITIES | $ 1,641,174. | $ 1,526,182. |
| LOAN - ISAACS TRUST | 20,180. | 0. |
| TOTAL | $ 1,661,354. | $ 1,526,182. |

| 2008 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|

| CLIENT HICO25 | HICO FLEX BRASS COMPANY, INC. | 36-2531625 |
|---|---|---|

10/11/10                                                                                    10:51AM

STATEMENT 9
FORM 1120S, SCHEDULE L, LINE 18
OTHER CURRENT LIABILITIES

|  | BEGINNING | ENDING |
|---|---|---|
| ACCRUED EXPENSES | $ 74,690. | $ 68,581. |
| ACCRUED INSURANCE | 46,101. | 17,840. |
| ACCRUED PAYROLL TAXES | 11,323. | 91,360. |
| ACCRUED SALARIES | 23,813. | 53,604. |
| BANK OVERDRAFT | 0. | 35,465. |
| EMPLOYEE 401(K) CONTRIBUTIONS | 2,225. | 26,464. |
| EMPLOYER 401(K) MATCH | 1,112. | 9,089. |
| TOTAL | $ 159,264. | $ 302,403. |

STATEMENT 10
FORM 1120S, SCHEDULE M-1, LINE 3
EXPENSES ON BOOKS NOT ON SCHEDULE K

|  |  |
|---|---|
| PENALTIES | $ 153. |
| TOTAL | $ 153. |

STATEMENT 11
FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5
OTHER REDUCTIONS

|  |  |
|---|---|
| CONTRIBUTIONS | $ 225. |
| DISALLOWED MEALS AND ENTERTAINMENT | 5,002. |
| PENALTIES | 153. |
| TOTAL | $ 5,380. |



Illinois Department of Revenue
## 2008 Form IL-1120-ST
## Small Business Corporation Replacement Tax Return
Due on or before the 15th day of the 3rd month following the close of the tax year.

If this return is not for calendar year 2008, enter your fiscal tax year here.
Tax year beginning  12/01 , 2008, ending  11/30 , 09 .

Enter the amount you are paying.
$

## Step 1: Identify your small business corporation

A  Enter your business name and mailing address.
If you have an address change, check this box . . . . . . . . ☐

HICO FLEX BRASS COMPANY, INC.
Name

C/O

931 WEST 19TH STREET
Mailing address

CHICAGO                    IL  60608
City                    State  Zip

E  Enter your federal employer identification no. (FEIN).
36-2531625

F  ☐ Check the box if you are a member of a unitary business group, and enter the FEIN of the member filing the Schedule UB, Combined Apportionment for Unitary Business Groups.

G  Enter the state and zip code where your accounting records are kept. (Use the two-letter postal abbreviation. e.g., IL, GA, etc.)
_____
State          Zip

B  Check the box if one of the following apply.
☐ first return   ☐ final return (If final, enter the date _____ )

C  If this is a final return because you sold this business, enter
the date sold _____ . add the new owner's FEIN.

D  Special Apportionment Formulas. If you use a special apportionment formula,
check the appropriate box and see Special Apportionment Formula instructions.
☐ Financial organizations    ☐ Transportation companies

H  If you are making the business income election to treat all nonbusiness income as business income, check here and enter '0' on Lines 37 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I  Enter your Illinois corporate file (charter) number.

J  If you have completed the following federal forms, check the box and attach them to this return.
☐ Federal Form 8886    ☐ Federal Sch. M-3

I ATTACH YOUR PAYMENT HERE J

## Step 2: Figure your ordinary income or loss

| | | | |
|---|---|---|---|
| 1 | Ordinary income or loss, or equivalent from federal Schedule K . . . . . . . . . . . . . . . . . . . . . | 1 | -65,881. |
| 2 | Net income or loss from all rental real estate activities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Net income or loss from other rental activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Portfolio income or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Net IRC Section 1231 gain or loss from involuntary conversions due to casualty and theft . . . . . . . . . . . | 5 | |
| 6 | All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120S. See instructions. | | |
| | Identify: _____ | 6 | |
| 7 | Add Lines 1 through 6. This is your ordinary income or loss . . . . . . . . . . . . . . . . . . . . . . . . | 7 | -65,881. |

## Step 3: Figure your unmodified base income or loss

| | | | |
|---|---|---|---|
| 8 | Charitable contributions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 225. |
| 9 | Expense deduction under IRC Section 179. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Interest on investment indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120S. See instructions. | | |
| | Identify: _____ | 11 | |
| 12 | Add Lines 8 through 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 225. |
| 13 | Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss . . . . . . . . . . . | 13 | -66,106. |

NS   DR_____

ILSA0701L   09/09/08

Form IL-1120-ST (R-12/08)  ID: 2BN

Form IL-1120-ST    HICO FLEX BRASS COMPANY, INC.                    36-2531625        Page 2

| | | | |
|---|---|---|---|
| 14 | Enter your unmodified base income from Line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | -66,106. |

## Step 4: Figure your income or loss

| | | | |
|---|---|---|---|
| 15 | State, municipal, and other interest income excluded from Line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Illinois replacement tax deducted in arriving at Line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Illinois special depreciation addition. Attach Form IL-4562 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Related-party expenses addition. Attach Schedule 80/20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Distributive share of additions. Attach Schedule K-1-P or K-1-T . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. Attach Schedule B . . . . . . . | 20 | |
| 21 | Other additions. Attach Illinois Schedule M (for businesses) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Add Lines 14 through 21. This amount is your income or loss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | -66,106. |

## Step 5: Figure your Illinois base income or net loss

| | | | |
|---|---|---|---|
| 23 | Interest income from U.S. Treasury obligations or other exempt federal obligations . . . . . . . . . . . . . . . . | 23 | |
| 24 | Share of income distributable to a shareholder subject to replacement tax. Attach Schedule B . . . . . . . . . | 24 | |
| 25 | Expenses incurred in producing certain federally tax-exempt income or federal credits . . . . . . . . . . . . . . | 25 | |
| 26 | Enterprise Zone or River Edge Redevelopment Zone Dividend subtraction. Attach Schedule 1299-A . . . . . . . | 26 | |
| 27 | Enterprise Zone or River Edge Redevelopment Zone Interest subtraction. Attach Schedule 1299-A . . . . . . . | 27 | |
| 28 | High Impact Business Dividend subtraction. Attach Schedule 1299-A . . . . . . . . . . . . . . . . . . . . . . . . | 28 | |
| 29 | High Impact Business Interest subtraction. Attach Schedule 1299-A . . . . . . . . . . . . . . . . . . . . . . . . | 29 | |
| 30 | Contribution subtraction. Attach Schedule 1299-A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | Illinois Special Depreciation subtraction. Attach Form IL-4562 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | |
| 32 | Related-party expenses subtraction. Attach Schedule 80/20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Distributive share of subtractions. Attach Schedule K-1-P or K-1-T . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | |
| 34 | Other subtractions. Attach Schedule M (for businesses) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | |
| 35 | Total subtractions. Add Lines 23 through 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36 | Base income or net loss. Subtract Line 35 from Line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | -66,106. |

STOP: If the amount on Line 36 is derived inside and outside Illinois, complete Step 6; otherwise go to Step 7.

## Step 6: Figure your income allocable to Illinois

| | | | |
|---|---|---|---|
| 37 | Nonbusiness income or loss. Attach Schedule NB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | |
| 38 | Non-unitary partnership business income or loss included in Line 36 . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Add Lines 37 and 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Business income or loss. Subtract Line 39 from Line 36 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Total sales everywhere. This amount cannot be negative . . . . . . . . . . . . . . . . 41 | | |
| 42 | Total sales inside Illinois. This amount cannot be negative . . . . . . . . . . . . . . . 42 | | |
| 43 | Apportionment factor. Divide Line 42 by Line 41 (carry to six decimal places) . . . . 43 | | |
| 44 | Business income or loss apportionable to Illinois. Multiply Line 40 by Line 43 . . . . . . . . . . . . . . . . . . . . | 44 | |
| 45 | Nonbusiness income or loss allocable to Illinois. Attach Schedule NB . . . . . . . . . . . . . . . . . . . . . . . . | 45 | |
| 46 | Non-unitary partnership business income or loss apportionable to Illinois . . . . . . . . . . . . . . . . . . . . . . | 46 | |
| 47 | Base income or net loss allocable to Illinois. Add Lines 44 through 46 . . . . . . . . . . . . . . . . . . . . . . . . | 47 | |

## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 48 | Base income or net loss from Step 5, Line 36, or Step 6, Line 47 . . . . . . . . . . . . . . . . . . . . . . . . . . | 48 | -66,106. |
| 49 | Illinois net loss deduction. Attach Schedule NLD. If Line 48 is zero or a negative amount, enter '0' . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 49 | |
| 50 | Income after NLD. Subtract Line 49 from Line 48 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50 | |

Form IL-1120-ST    HICO FLEX BRASS COMPANY, INC.                    36-2531625        Page 3

| | | |
|---|---|---|
| 51 | Enter the amount from Line 50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 51 _____ |

## Step 8: Figure your net replacement tax

| | | |
|---|---|---|
| 52 | Replacement tax. Multiply Line 51 by 1.5% (.015) . . . . . . . . . . . . . . . . . . . . . . . | 52 _____ |
| 53 | Recapture of investment credits. Attach Schedule 4255 . . . . . . . . . . . . . . . . . . . . | 53 _____ |
| 54 | Replacement tax before investment credits. Add Lines 52 and 53 . . . . . . . . . . . . . . . . | 54 _____ |
| 55 | Investment credits. Attach Form IL-477. (Fiscal-year filers only. See instructions) . . . . . . . . . . . . | 55 _____ |
| 56 | Net replacement tax. Subtract Line 55 from Line 54. Enter '0' if this is a negative amount . . . . . . . . . | 56 _____ |

## Step 9: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 57 | Payments | | |
| | a | Credit from 2007 overpayment . . . . . . . . . . . . . . . . . . . . . . . . . | a _____ |
| | b | Form IL-505-B (extension) payment . . . . . . . . . . . . . . . . . . . . . | b _____ |
| | c | Pass-through entity payments from Schedule K-1-P or K-1-T . . . . . . . . . . . . | c _____ |
| 58 | Total payments. Add Lines 57a through 57c . . . . . . . . . . . . . . . . . . . . . . . . . . | 58 _____ |
| 59 | Overpayment. If Line 58 is greater than Line 56, subtract Line 56 from Line 58 . . . . . . . . . . . . . . | 59 _____ |
| 60 | Amount to be credited to 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 60 _____ |
| 61 | Refund. Subtract Line 60 from Line 59. This is the amount to be refunded . . . . . . . . . . . . . . . . | 61 _____ |
| 62 | Tax Due. If Line 56 is greater than Line 58, subtract Line 58 from Line 56. | | |
| | This is the amount you owe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 62 _____ |

G Make your check payable to 'Illinois Department of Revenue' and attach to Page 1 of this form. H

*Special Note:* Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign here
Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| | | | (312) 733-2000 |
|---|---|---|---|
| Signature of authorized officer | Date | Title | Phone |
| | | 36-3682564 | |
| Signature of preparer | Date | Preparer's SSN or firm's FEIN | |
| | 175 OLDE HALF DAY ROAD, #290 | | |
| MANNING SILVERMAN & COMPANY | LINCOLNSHIRE, IL 60069 | | (847) 459-8850 |
| Preparer firm's name (or yours, if self-employed) | Address | | Phone |

G    Mail this return to: Illinois Department of Revenue, P.O. Box 19032, Springfield, IL 62794-9032    H

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to
provide information could result in a penalty. This form has been approved by the Forms Management Center.    IL-492-0073



Illinois Department of Revenue

**Schedule B**          Partners' or Shareholders' Identification

Attach to your Form IL-1065 or Form IL-1120-ST.

Year ending

| 11 | 2009 |
|----|------|
| Month | Year |

IL Attachment no. 1

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

HICO FLEX BRASS COMPANY, INC.

Enter your federal employer identification number (FEIN).

36-2531625

**Step 1: Provide the following information**

1  Enter the amount of base income or net loss from your Form IL-1065 or Form IL-1120-ST, Line 48 . . . . . . . . . .   1 ___-66,106.___

2  Enter the apportionment factor from your Form IL-1065 or Form IL-1120-ST, Line 43 . . . . . . . . . . . . . . . . . . .   2 ___1.000000___

**Step 2: Identify your partners or shareholders.** Attach additional sheets if necessary.

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | Partner or Share-holder type (See instr.) | Total amount of base income (loss) distributable (See instr.) | Member subject to Illinois replacement tax (See instr.) | Pass-through entity payment amount (See instr.) | Excluded from pass-through entity pmnts (See instr.) |
| | Name and Address | SSN or FEIN | | | | | |
| 1 | LILA ISAACS<br>3107 WILMETTE AVENUE<br>WILMETTE, IL 60091 | | I | -66,106. | ☐ | | R |
| 2 | | | | | ☐ | | |
| 3 | | | | | ☐ | | |
| 4 | | | | | ☐ | | |
| 5 | | | | | ☐ | | |
| 6 | | | | | ☐ | | |
| 7 | | | | | ☐ | | |
| 8 | Add the amounts shown in Column D for partners or shareholders for which you have entered a check mark in Column E. Enter the total here. (See instructions.). | | | 8 _____ | | | |

ILSA2901L  09/16/08

Schedule B (R-12/08) ID: 2BN