IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HICO FLEX BRASS COMPANY, INC., | ) | Case No. 10-54005 |
| | ) | |
| Debtor. | ) | |

NOTICE OF FIRST AND FINAL FEE APPLICATION OF
STEVEN L. LOPATA, CPA LTD., AS ACCOUNTANT TO THE DEBTOR,
AND HEARING THEREON

**PLEASE TAKE NOTICE** that on March 7, 2012, Steven L. Lopata, CPA Ltd. (the "*Applicant*"), filed his First Interim Fee Application (the "*Application*") with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. Applicant seeks allowance of compensation in the amount of $9,425.00 for the period December 6, 2010 through August 13, 2011, as account for Hico Flex Brass Company, the debtor in the captioned Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held before the Honorable A. Benjamin Goldgar, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Courtroom 613, located at 219 South Dearborn Street, Chicago, Illinois 60604, on **March 28, 2012, at 9:30 a.m., prevailing Central Time**, or as soon thereafter as Applicant may be heard.

Dated:  March 7, 2012                         STEVEN L. LOPATA

_/s/ Steven L. Lopata_

Steven L. Lopata, CPA Ltd.
370 Charal Lane
Highland Park, IL 60035

## CERTIFICATE OF SERVICE

I, David P. Holtkamp, an attorney, hereby certify that on March 7, 2012, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused copies of the *Notice of First and Final Application Steven L. Lopata, CPA, Ltd., as Accountant for the Debtor and Hearing Thereon* and the *First and Final Application Steven L. Lopata, CPA, Ltd., as Accountant for the Debtor and Hearing Thereon* to be served upon the parties identified on the attached Service List by either U.S. Mail or through the Court's Electronic Notice for Registrants, as indicated thereon.

/s/ David P. Holtkamp

## SERVICE LIST

### Registrants in the Case - Service Through ECF

| | |
|---|---|
| Leonard S. Becker | lenbecker@sbcglobal.net |
| William R. Brodzinski | wbrodzinski@mrvlaw.com |
| James G. Froberg | jgfroberg@lowis-gellen.com, jgfroberg@aol.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Theodore. Liebovich | liebovich-weber@comcast.net |
| Marc D. Sherman | marc@mshermanlawoffice.com, info@mshermanlawoffice.com |
| Pia N. Thompson | pthompson@gouldratner.com, bburns@gouldratner.com |

### All Creditors (without appearance in the Case) – Service by U.S. Mail

Adelaida Valle
6220 S Whipple
Chicago IL 60629

Alejandro Reyes
2475 W 23rd Pl
Chicago IL 60608

Allied Waste Services of Chicago
2608 S. Damen
Chicago, IL 60608

Allstate Insurance Company
2775 Sanders Road
Northbrook, IL 60062

Barnett
Lombard Pro Center
1100 Lombard Road, Suite A
Lombard, IL 60148

Blitt & Gaines P.C.
661 Glenn Ave.
Wheeling, IL 60090

Blue Cross Blue Shield of Illinois
300 East Randolph Street
Chicago, IL 60601-5099

Cbeyond
1520 Kennsington Road
Suite 300
Oak Brook, IL 60523

Kutchins, Robbins & Diamond, LTD
1101 Perimeter Drive
Suite 760
Schaumburg, IL 60173

Liason Technologies, Inc.
2575 Westside Parkway
Suite 400
Alpharetta, GA 30004

Lila Isaacs
c/o Motty Stone
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077

Margarita Urquiza
5423 S Christiana
Chicago IL 60632

Martin Rios
3017 S Komensky
Chicago IL 60623

Meltzer, Purtill & Stelle LLC
c/o David L. Kane
300 South Wacker Drive, Suite 3500
Chicago, IL 60606

Mesirow Insurance Services, Inc.
353 N. Clark Street
Chicago, IL 60654

Chase Card Services
Mail Code KY1-0900
6714 Grande Land Bldg., 8 Suite 807
Louisville, KY 40213

Commonwealth Edison Co.
PO Box 805398
Chicago, IL 60680-5398

Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602

Department of the Treasury
-Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Elk Grove Rubber Co.
99 Commercial Ave.
Addison, IL 60101

Federal Express Corp.
Revenue Recovery/Bankruptcy
3965 Airway Blvd., Module G, 3rd Fl.
Memphis, TN 38116

Federal Express Corp.
942 South Shady Grove Rd.
Memphis, TN 38120

Fort Dearborn Life Insurance Co.
300 E. Randolph St.
Chicago, IL 60601

Harold Isaacs Revocable Trust
c/o Motty Stone
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077

Hico Flex Brass Co 401(K)Plan
Joseph M Sulkson/Employee Benefit Security
Administration
US Dept. of Labor/Chicago Regional Office
200 West Adams Street Suite 1600

Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602

New York State, Office of Counsel
Department of Taxation & Finance
Building 9, WA Harriman Campus
Albany NY 12227

Nielsen Business Media
200 W. Jackson Blvd.
Suite 2700
Chicago, IL 60606

Ningbo Jiangdong Grommet Rubber
806, No. 762, Zhongxing Rd.
Ningbo, Zhejiang
China 315040

Office Depot
6600 North Military Trail
Boca Raton, FL 33496

Omni Corporate Services, Ltd., Inc.
149 E. Garfield Rd.
Aurora, OH 44202

Paradigm Graphic Design
c/o: Activity Collection Service Inc.
664 Milwaukee Ave
Prospect Heights, IL 60074

Peoples Gas
130 East Randolph
Chicago, IL 60601

Potratz & Hollander, PC
30 N. LaSalle St.
Suite 3900
Chicago, IL 60602

Premium Assignment Corporation
401 S. Carlton
Suite 201
Wheaton, IL 60187

Chicago IL 60606

Howard Simon & Associates
304 Saunders Road
Deerfield, IL 60015-3858

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th Fl.

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago IL 60680

Impacct Sales Co.
804 Spring Valley Court
Schaumburg, IL 60193

Indiana Department of Revenue
Bankruptcy Section, N-240
100 N. Senate Ave.
Indianapolis, IN 46204

Interline Brands Inc. dba Barnett
Bankruptcy
801 West Bay Street
Jacksonville FL 32204

International Monetary Systems
2431 W. Irving Park Road
Chicago, IL 60618

Kenneth Rios
3017 S Komensky Ave
Chicago IL 60623

Kutchins Robbins & Diamond LTD
David L Diamond
1101 Perimeter Dr, Ste. 760
Schaumburg, IL 60173

Prudential
13001 County Road 10
Minneapolis, MN 55442

PT. Ever Age Valves Metals
Jl. Raya Sumengko-Gresik Km 30.7
Wringinanom-Gresik (61176)
Jatim-Indonesia

Santana Energy Services
PO Box 200024
Houston, TX 77216-0024

Schmidt, Salzman & Moran, Ltd.
111 W. Washington St.
Suite 1300
Chicago, IL 60602

State Farm General Insurance Company
c/o James P. Moran
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Ste. 200
Wheaton, IL 60187

Teresita E Mercado
4101 Indian Hill Dr
Country Club Hills IL 60478-4642

Tridon (IDEAL)
8100 Tridon Drive
Smyrna, TN 37167-6603

TriWest Sales
25107 Genesee Trail Rd.
Golden, CO 80401

United Parcel Service
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094

UPS Supply Chain Solutions
12380 Morris Rd.
Alpharetta, GA 30005

Worldtrans Services
115 North Main Street
Suite 200
Algonquin, IL 60102

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HICO FLEX BRASS COMPANY, INC., | ) | Case No. 10-54005 |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL FEE APPLICATION OF STEVEN L. LOPATA, CPA LTD., AS ACCOUNTANT TO THE DEBTOR**

Pursuant to sections 330, 331 and 503(b)(1)(A) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*"), Steven L. Lopata, CPA Ltd. (the "*Applicant*") respectfully submits its first and final interim application (the "*Application*") for allowance of expenses in the amounts of $9,425.00 (the "*Requested Amount*") for services rendered during the period December 9, 2010, through August 13, 2011 (the "*Application Period*"). In support of this Application, Applicant respectfully represents as follows:

**JURISDICTION**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2.      Venue of the referenced cases and this Final Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Final Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A) and/or (O).

3.      The statutory predicates for the relief sought herein are sections 330, 331 and 503(b) of the Bankruptcy Code.

## BACKGROUND

I.  **GENERAL BACKGROUND**

4. On December 6, 2010 (the "Commencement Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532, as amended (the "Bankruptcy Code"), thereby initiating the captioned case (the "Case"). Pursuant to 11 U.S.C. §§ 1107 and 1108, the Debtor remains in possession of its assets and is operating as a debtor in possession.

5. No creditors' committee has been appointed in this Case. Further, no trustee or examiner has been requested or appointed in the Case.

6. The Debtor is an Illinois corporation with a principal place of business in Rockford, Illinois. It is a family business and has been in continuous operation for almost 50 years. The Debtor's primary business consists of importing and wholesaling plumbing specialty goods.

7. The level of the Debtor's business historically has been a function, in part, of the level of commercial and residential construction and renovation. Thus, when the construction industry experienced an unprecedented decline in 2008, the Debtor's business experienced reduced sales.

8. The Debtor filed its application to retain the Applicant on January 1, 2011, *nunc pro tunc* [Dkt. No. 72]. That application was granted on January 24, 2011 [Dkt. No. 87], effective as of the Commencement Date.

9. Prior to the Commencement Date, the Applicant received a retainer in the amount of $1,500 (the "Retainer") and completed pre-petition services in the amount on $387.50. So that the Applicant was not a creditor the Retainer was applied to the pre-petition services.

II.    **SUMMARY OF SERVICES RENDERED BY APPLICANT**

10. All of the fees for which Applicant requests allowance and payment relate to the Application Period and were incurred in connection with the discharge of Applicant's professional responsibilities as the outside accountant of the Debtor. Specifically, Applicant provided the following services to the Application Period: (a) assisting the Debtor with completion of its bankruptcy schedules and statement of financial affairs; (b) preparation of the Debtor's monthly operating reports; (c) preparation of tax returns; (d) assist with 401(k) plan issues; and (e) communicating with the Debtor's counsel regarding the foregoing (collectively, the "*Services*").

11. All of the Services were rendered by Mr. Lopata at is customary hourly rate of $125.

12. The dates upon which such Services were rendered and the amount of time spent on the Services are detailed in **Exhibit A**. The total time expended on the Services was 75.40 hours with a value of $9,425.00

## RELIEF REQUESTED

13. Applicant respectfully requests that the Court (a) allow and award it on a final basis the Requested Amount and (b) authorize the Debtor to make payment to Applicant of the Requested Amount.

14. A proposed order providing for the requested relief is attached hereto for the Court's consideration.

## BASIS FOR THE REQUESTED RELIEF

15. Pursuant to Section 331 of the Bankruptcy Code, a professional person employed under Section 327 may generally apply for interim compensation from a bankruptcy court. *See*

3

11 U.S.C. § 331. Under Section 330(a)(1)(A), the Court may then award the professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A).

16. "Necessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retain Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

17. Based upon all of the foregoing, Applicant respectfully submits that the fair and reasonable value of the Services that it rendered during the Application Period is $5,195.00.

## NOTICE

18. A copy of this entire Application is being served upon those parties that receive notice through the Court's ECF/CM System and by U.S. Mail upon all Creditors of the Estate at least 21 days prior to the hearing to consider approval of the fees requested herein.

## NO PRIOR REQUEST

19. No prior request for the relief requested by the Application has been made to this Court or to any other court.

**WHEREFORE,** the Applicant respectfully requests that the Court enter an Order:

A. Finding Notice of the Application sufficient as given and that no other or further notice is necessary;

B. Allowing and awarding Applicant the Requested Amount on a final basis (the "*Allowed Compensation*");

C. Authorizing the Applicant to apply the Retainer to the allowed Compensation;

D. Authorizing the Debtor to pay the amount Allowed Compensation less the remaining Retainer ($8,312.50) to Applicant; and

    E. Granting such other and further relief as this Court deems just and appropriate.

Dated: March 7, 2012       Respectfully submitted,

             **STEVEN L. LOPATA**

             _/s/ Steven L. Lopata_

Steven L. Lopata, CPA Ltd.
370 Charal Lane
Highland Park, IL 60035
(847) 433-4809