UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-54005 |
| | ) | |
| HICO FLEX BRASS COMPANY, INC., | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING THE SECOND AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
LAW OFFICE OF WILLIAM J. FACTOR, LTD.**

This matter having come before the Court on the Second and Final Application for Compensation and Reimbursement of Expenses of The Law Office of William J. Factor, Ltd. (the "Application"); and it appearing that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (d) the Allowed Compensation and Expenses (as defined below and as set forth in the Motion) were reasonable, necessary and benefitted the Debtor's estate, and (e) due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court, IT IS HEREBY ORDERED:

1. The Law Office of William J. Factor, Ltd. (the "Applicant") hereby is awarded and allowed fees and expenses in the amounts of $14,210.00 and $37.82, respectively (the "Compensation and Expenses"), for services rendered to the Debtor during the period December 2, 2011, through May 9, 2012, which Compensation and Expenses shall be allowed costs of administration under 11 U.S.C. § 503(a)(2).

2. The Court hereby allows on a final basis fees and expenses for Applicant in the aggregate amounts of $118,302.50 and $4,523.21 (inclusive of the Compensation and Expenses), respectively, for the period from December 6, 2010 through May 9, 2012 (the "Final Allowed Compensation and Expenses"), which fees and expenses are allowed costs of administration under 11 U.S.C. § 503(b)(2).

3. The Debtor is authorized to pay Applicant the balance of Final Allowed Compensation and Expenses after application of the Retainer (as defined in the Motion), which balance is $111,675.71.

Enter:

Dated: **1 8 JUN 2012**

United States Bankruptcy Judge

**Prepared by:**
William J. Factor (6205675)
Sara E. Lorber (6229740)
David P. Holtkamp (6298815)

Rev: 20120209_bko

Jeffrey K. Paulsen (6300528)
THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.
105 W. Madison St., Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233

Rev: 20120209_bko