# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: HICO FLEX BRASS COMPANY, INC.    §    Case No. 10-54005
                                        §
                                        §
Debtor(s)                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on December 06, 2010.  The undersigned trustee was appointed on July 31, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of         $         355,581.08

        Funds were disbursed in the following amounts:
        Payments made under an
          interim distribution                              67,419.62
        Administrative expenses                             82,270.35
        Bank service fees                                    2,900.68
        Other payments to creditors                             0.00
        Non-estate funds paid to 3rd Parties                89,104.11
        Exemptions paid to the debtor                          0.00
        Other payments to the debtor                           0.00

        Leaving a balance on hand of [1]     $         113,886.32
The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 12/13/2012 and the deadline for filing governmental claims was  / /   .  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,543.06.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $16,543.06, for a total compensation of $16,543.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $42.86, for total expenses of $42.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/20/2014           By:/s/RICHARD M. FOGEL _____
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-54005 | Trustee:    (330720)   RICHARD M. FOGEL |
| Case Name:   HICO FLEX BRASS COMPANY, INC. | Filed (f) or Converted (c):  07/30/12 (c) |
| | §341(a) Meeting Date:  09/11/12 |
| Period Ending: 10/20/14 | Claims Bar Date:  12/13/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Loan to Isaacs Insurance Partnership<br>Imported from original petition Doc# 58 | 210.00 | 210.00 | | 0.00 | FA |
| 2 | ComEd Security Deposit (Est.)<br>Imported from original petition Doc# 58 | 1,500.00 | 1,500.00 | | 615.74 | FA |
| 3 | Accounts receivable<br>Imported from original petition Doc# 58 | 171,888.00 | 171,888.00 | | 19,457.53 | FA |
| 4 | Loan to Lila Isaacs<br>Imported from original petition Doc# 58  (See Footnote) | 457,664.00 | 457,664.00 | | 0.00 | FA |
| 5 | Loan to Michael Isaacs<br>Imported from original petition Doc# 58  (See Footnote) | 212,951.00 | 212,951.00 | | 0.00 | FA |
| 6 | Loan to Neil Isaacs<br>Imported from original petition Doc# 58  (See Footnote) | 163,229.00 | 163,229.00 | | 0.00 | FA |
| 7 | Loan to Isaacs Insurance Partnership<br>Imported from original petition Doc# 58  (See Footnote) | 591,322.00 | 591,322.00 | | 0.00 | FA |
| 8 | Office equipment and furnishings (Est.)<br>Imported from original petition Doc# 58 | 5,000.00 | 5,000.00 | | 4,000.00 | FA |
| 9 | Forklift, patterns and dies and other warehouse<br>Imported from original petition Doc# 58 | 8,000.00 | 8,000.00 | | 10,000.00 | FA |
| 10 | Specialty plumbing supplies (Est.)<br>Imported from original petition Doc# 58 | 1,600,000.00 | 1,600,000.00 | | 141,665.00 | FA |
| 11 | Refunds  (u) | 0.00 | Unknown | | 738.70 | FA |
| 12 | HFBC Employees Profit Sharing Plan (u) (u) | 0.00 | 80,000.00 | | 89,104.11 | FA |
| 13 | Breach of duty claims against Mark & Neil Isaacs  (u)<br>(See Footnote) | 0.00 | Unknown | | 90,000.00 | FA |
| 13 | **Assets**   **Totals** (Excluding unknown values) | **$3,211,764.00** | **$3,291,764.00** | | **$355,581.08** | **$0.00** |

RE PROP# 4    Claim resolved per settlement approved 10-28-13
RE PROP# 5    Claim resolved per settlement approved 10-28-13
RE PROP# 6    Claim resolved per settlement approved 10-28-13

Exhibit A

## Form 1

Page: 2

### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 10-54005 | | Trustee: | (330720) | RICHARD M. FOGEL |
| Case Name: | HICO FLEX BRASS COMPANY, INC. | | Filed (f) or Converted (c): | 07/30/12 (c) | |
| | | | §341(a) Meeting Date: | 09/11/12 | |
| Period Ending: 10/20/14 | | | Claims Bar Date: | 12/13/12 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

RE PROP# 7   Claim resolved per settlement approved 10-28-13

RE PROP# 13   Adversary complaint settled pursuant to o/c 10-29-13.  Settlement included withdrawal of insider
claims and secured claim.

---

**Major Activities Affecting Case Closing:**

Assets have been administered.  Trustee employed independent third party fiduciary to terminate debtor's employee benefit plan after compelling debtor's principals to
restore misappropriated plan assets.  Estimated to be complete May/June.

| Initial Projected Date Of Final Report (TFR): | June 30, 2014 | Current Projected Date Of Final Report (TFR): | September 30, 2014 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-54005 |
| Case Name: | HICO FLEX BRASS COMPANY, INC. |
| Taxpayer ID #: | **-***1625 |
| Period Ending: | 10/20/14 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-*****45-66 - Estate Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/12 | {3} | DEHCO, INC. | Account receivable | 1121-000 | 46.67 | | 46.67 |
| 08/24/12 | {3} | TRIPLE S SPECIALTIES CORP. | Account receivable | 1121-000 | 1,730.37 | | 1,777.04 |
| 08/24/12 | {3} | W.W. ENGINEERING CO. | Account receivable | 1121-000 | 2,024.00 | | 3,801.04 |
| 08/24/12 | {3} | BUILDERS SOURCE LLC | Account receivable | 1121-000 | 1,782.95 | | 5,583.99 |
| 08/24/12 | {3} | WM. F. MEYER CO. | Account receivable | 1121-000 | 5.36 | | 5,589.35 |
| 08/24/12 | {3} | ED'S HARDWARE & SUPPLY | Account receivable - Inv. #1300 | 1121-000 | 212.86 | | 5,802.21 |
| 08/24/12 | {3} | BINDER'S PLUMBING FORUM | Account receivable | 1121-000 | 467.77 | | 6,269.98 |
| 08/24/12 | {3} | SCHULHOF COMPANY | Account receivable | 1121-000 | 66.92 | | 6,336.90 |
| 08/24/12 | {3} | LDR INDUSTRIES | Account receivable | 1121-000 | 311.50 | | 6,648.40 |
| 08/24/12 | {3} | MARCO SUPPLY COMPANY | Account receivable | 1121-000 | 251.78 | | 6,900.18 |
| 08/24/12 | {3} | ALGOR PLUMBING AND HEATING SUPPLY | Account receivable | 1121-000 | 1,280.73 | | 8,180.91 |
| 08/24/12 | {3} | M. COOPER | Account receivable | 1121-000 | 588.00 | | 8,768.91 |
| 08/24/12 | {3} | FAMOUS MANUFACTURING COMPANY | Account receivable | 1121-000 | 792.99 | | 9,561.90 |
| 08/24/12 | {3} | WELLS PLUMBING & HEATING SUPPLIES | Account receivable | 1121-000 | 159.30 | | 9,721.20 |
| 08/24/12 | {3} | HODES COMPANY | Account receivable | 1121-000 | 33.82 | | 9,755.02 |
| 08/24/12 | {3} | T.A. GENTRY SUPPLY | Account receivable | 1121-000 | 132.04 | | 9,887.06 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,862.06 |
| 09/04/12 | {3} | COLUMBIA PIPE & SUPPLY CO. | Account receivable | 1121-000 | 16.16 | | 9,878.22 |
| 09/04/12 | {3} | RAK ONLINE SERVICES | Account receivable | 1121-000 | 12.22 | | 9,890.44 |
| 09/04/12 | {3} | CLARK-DEVON HARDWARE CO. | Account receivable | 1121-000 | 55.77 | | 9,946.21 |
| 09/04/12 | {3} | CENTURY PIPE & SUPPLY INC. | Account receivable | 1121-000 | 117.60 | | 10,063.81 |
| 09/04/12 | {3} | B.E. ATLAS COMPANY | Account receivable | 1121-000 | 2,730.21 | | 12,794.02 |
| 09/04/12 | {11} | SPRINT NEXTEL | Refund | 1229-000 | 100.00 | | 12,894.02 |
| 09/05/12 | 101 | CNA INSURANCE | ACCT. NO. 3022026576- Premium for general liability and umbrella policy | 2420-750 | | 1,106.60 | 11,787.42 |
| 09/07/12 | 102 | RMC INDUSTRIAL SALES | Reimbursement for locksmith bill | 2420-000 | | 366.47 | 11,420.95 |
| 09/12/12 | {3} | SHIELDS IRRIGATION | Account receivable | 1121-000 | 275.16 | | 11,696.11 |
| 09/12/12 | {3} | AQUA PLUMBING SUPPLY CORP. | Account receivable | 1121-000 | 1,018.00 | | 12,714.11 |
| 09/12/12 | 103 | COMMONWEALTH EDISON | Pro rata payment of utility bill (post-conversion) for acct no. 3050125091 | 2420-000 | | 801.42 | 11,912.69 |
| 09/21/12 | {3} | BENJAMIN SUPPLY | Account receivable | 1121-000 | 50.00 | | 11,962.69 |
| 09/21/12 | {3} | ALGOR PLUMBING AND HEATING SUPPLY | Account receivable | 1121-000 | 281.83 | | 12,244.52 |
| 09/24/12 | 104 | NICOR | Acct. 30-47-30-1715 7/Aug 2- Aug 30 | 2420-000 | | 142.19 | 12,102.33 |

| | | | | Subtotals : | $14,544.01 | $2,441.68 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-54005 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** HICO FLEX BRASS COMPANY, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******45-66 - Estate Checking Account |
| **Taxpayer ID #:** **-***1625 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/20/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/12 | 105 | COMMONWEALTH EDISON | Acct 3050125091/ Aug 10 - Sep 11 | 2420-000 | | 742.55 | 11,359.78 |
| 09/25/12 | {3} | M. COOPER | Account receivable- Inv #1260 and 1266 | 1121-000 | 973.87 | | 12,333.65 |
| 09/27/12 | {3} | CENTURY PIPE & SUPPLY INC. | Account receivable | 1121-000 | 52.83 | | 12,386.48 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,361.48 |
| 10/05/12 | {3} | THE WESTBRASS COMPANY | Account receivable - ##877, 1017 & 1017 | 1121-000 | 268.83 | | 12,630.31 |
| 10/11/12 | 106 | R.M.C. INDUSTRIAL SERVICES | Preparation of Inventory and Appraisal | 3711-000 | | 475.00 | 12,155.31 |
| 10/12/12 | | AUCTION CONSULTANTS INC. | Proceeds of public auction sale | | 141,551.09 | | 153,706.40 |
| | {10} | | 141,665.00 | 1129-000 | | | 153,706.40 |
| | {9} | | 10,000.00 | 1129-000 | | | 153,706.40 |
| | {8} | | 4,000.00 | 1129-000 | | | 153,706.40 |
| | | | Newspaper advertising    -1,747.37 | 2500-000 | | | 153,706.40 |
| | | | Labor    -8,987.50 | 2500-000 | | | 153,706.40 |
| | | | Printing, postage and    -1,374.53 signage | 2500-000 | | | 153,706.40 |
| | | | Live Internet    -800.00 | 2500-000 | | | 153,706.40 |
| | | | Dumpsters    -770.00 | 2500-000 | | | 153,706.40 |
| | | | Miscellaneous costs of    -434.51 sale | 2500-000 | | | 153,706.40 |
| 10/19/12 | {3} | GRIFFIN SUPPLY INC. | Account receivable | 1121-000 | 473.43 | | 154,179.83 |
| 10/19/12 | 107 | BANK OF AMERICA, N.A., as successor in interest by merger | Partial payment of secured claim per stipulation and o/c 9-19-12 | 4210-000 | | 47,419.62 | 106,760.21 |
| 10/19/12 | 108 | NISEN & ELLIOTT LLC | Retainer for special counsel per o/c 9-19-12 | 3210-600 | | 15,000.00 | 91,760.21 |
| 10/19/12 | 109 | COM ED | Final payment/Acct. #3050125091 [9/11-10/11 (615.74) & 10/12-10/15 (183.11)] | 2420-000 | | 798.85 | 90,961.36 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 156.77 | 90,804.59 |
| 11/06/12 | {3} | HAJORCA CORPORATION | Account receivable - Inv #1276 (net of credit for Iowa Wholesale #363859) | 1121-000 | 53.78 | | 90,858.37 |
| 11/13/12 | {3} | HAJOCA CORPORATION | Account receivable - Hughes Supply #6 | 1121-000 | 1,000.00 | | 91,858.37 |
| 11/14/12 | 110 | UNITED STATES TREASURY | Penalty for Form 1120S for YE 11/30/11--36-2531625 | 6810-000 | | 390.00 | 91,468.37 |
| 11/14/12 | 111 | AUCTION CONSULTANTS, INC. | Labor for transfer of records and computers to CJBS | 2990-000 | | 1,437.50 | 90,030.87 |
| 11/27/12 | | CONTINENTAL CASUALTY COMPANY | Refund of unearned insurance premium | 2420-750 | | -655.82 | 90,686.69 |
| 11/28/12 | 112 | Ballard Properties | Settlement of chapter 7 use & occupancy claim per o/c 11-28-12 Voided on 12/14/12 | 2410-000 | | 6,325.00 | 84,361.69 |
| 11/28/12 | 113 | Bank of America, N.A. | Partial payment of secured claim per stipulation | 4210-000 | | 20,000.00 | 64,361.69 |
| | | | Subtotals : | | $144,373.83 | $92,114.47 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-54005 | |
| Case Name: | HICO FLEX BRASS COMPANY, INC. | |
| | | |
| Taxpayer ID #: | **-***1625 | |
| Period Ending: | 10/20/14 | |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******45-66 - Estate Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | and o/c 9-19-12 | | | | |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 186.91 | 64,174.78 |
| 12/06/12 | {11} | NICOR | Refund of security deposit | 1229-000 | 638.70 | | 64,813.48 |
| 12/06/12 | {2} | COM ED | Overpayment credit: Non-compensable | 1129-002 | 183.11 | | 64,996.59 |
| 12/06/12 | {2} | COM ED | Overpayment credit: Non-compensable | 1129-002 | 432.63 | | 65,429.22 |
| 12/14/12 | 112 | Ballard Properties | Settlement of chapter 7 use & occupancy claim per o/c 11-28-12 Voided: check issued on 11/28/12 | 2410-000 | | -6,325.00 | 71,754.22 |
| 12/14/12 | 114 | DON E. BALLARD | Replace #112  Settlement of chapter 7 use & occupancy claim per o/c 11-28-12 | 2410-000 | | 6,325.00 | 65,429.22 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.74 | 65,287.48 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033072088 20130103 | 9999-000 | | 65,287.48 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 160,172.28 | 160,172.28 | $0.00 |
| Less: Bank Transfers | | 0.00 | 65,287.48 | |
| **Subtotal** | | 160,172.28 | 94,884.80 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$160,172.28** | **$94,884.80** | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-54005 |
| Case Name: | HICO FLEX BRASS COMPANY, INC. |
| | |
| Taxpayer ID #: | **-***1625 |
| Period Ending: | 10/20/14 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******45-67 - BOA collateral account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 10/20/2014 01:16 PM    V.13.15

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-54005 | |
| **Case Name:** HICO FLEX BRASS COMPANY, INC. | |
| | |
| **Taxpayer ID #:** **-***1625 | |
| **Period Ending:** 10/20/14 | |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7466 - Estate Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 65,287.48 | | 65,287.48 |
| 01/29/13 | 10115 | UNITED STATES TREASURY | 2012 Form 940- EIN 36-2531625 | 6810-000 | | 178.45 | 65,109.03 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.15 | 65,008.88 |
| 02/05/13 | 10116 | INTERNATIONAL SURETIES, LTD. | Surety Bond No. 016026455 | 2300-000 | | 98.92 | 64,909.96 |
| 02/20/13 | 10117 | INTERNATIONAL SURETIES, LTD. | ERISA Bond for HICO 401(k) Plan #964120580 | 2300-000 | | 250.00 | 64,659.96 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.25 | 64,572.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.78 | 64,482.93 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.93 | 64,384.00 |
| 05/06/13 | {3} | HOME DECOR PRODUCTS, INC. | Dividend from ch. 7 bankruptcy estate | 1121-000 | 163.07 | | 64,547.07 |
| 05/07/13 | 10118 | JPMORGAN CHASE BANK | Subpoena fee- Case ID SB56172-I1 | 2990-000 | | 73.69 | 64,473.38 |
| 05/13/13 | 10119 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Attorneys fees per o/c 5-13-13 | 3110-000 | | 9,175.50 | 55,297.88 |
| 05/13/13 | 10120 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Interim expenses per o/c 5-13-13 | 3120-000 | | 171.30 | 55,126.58 |
| 05/13/13 | 10121 | CJBS, LLC | Accountants fees per o/c 5-13-13 | 3410-000 | | 9,716.89 | 45,409.69 |
| 05/13/13 | 10122 | CJBS, LLC | Interim expenses per o/c 5-13-13 | 3410-000 | | 13.07 | 45,396.62 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.49 | 45,313.13 |
| 06/25/13 | 10123 | CENDROWSKI CORPORATE ADVISORS LLC II | Background checks | 2990-000 | | 375.00 | 44,938.13 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.83 | 44,877.30 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.05 | 44,806.25 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.44 | 44,741.81 |
| 09/19/13 | 10124 | VERICORE | Cost advance for Braxton Harris account Voided on 09/19/13 | 3992-330 | | 450.00 | 44,291.81 |
| 09/19/13 | 10124 | VERICORE | Cost advance for Braxton Harris account Voided: check issued on 09/19/13 | 3992-330 | | -450.00 | 44,741.81 |
| 09/19/13 | 10125 | VERICORE | Cost advance for Braxton Harris account | 3992-330 | | 450.00 | 44,291.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.14 | 44,229.67 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.98 | 44,159.69 |
| 11/12/13 | {3} | STACEY MEISEL, TRUSTEE FOR HOME DECOR PRODUCTS INC. | Dividend from ch. 7 bankruptcy estate | 1121-000 | 154.85 | | 44,314.54 |
| 11/26/13 | {13} | CHICAGO TITLE AND TRUST COMPANY | Settlement of adversary complaint per o/c 10-28-13 | 1249-000 | 90,000.00 | | 134,314.54 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.39 | 134,255.15 |
| 12/02/13 | 10126 | NISEN & ELLIOTT, LLC | Special counsel fees & expenses, per o/c 10-28-13 | | | 16,812.76 | 117,442.39 |
| | | | Subtotals : | | $155,605.40 | $38,163.01 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-54005 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | HICO FLEX BRASS COMPANY, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7466 - Estate Checking Account |
| Taxpayer ID #: | **-***1625 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/20/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Fees                     15,000.00 | 3210-600 | | | 117,442.39 |
| | | | Expenses             1,812.76 | 3220-610 | | | 117,442.39 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.94 | 117,254.45 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.27 | 117,080.18 |
| 02/04/14 | 10127 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 91.69 | 116,988.49 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.09 | 116,831.40 |
| 03/11/14 | 10128 | SHAW FISHMAN GLANTZ &<br>TOWBIN LLC | Interim compensation and expenses per o/c<br>3-10-14 | | | 2,340.92 | 114,490.48 |
| | | | Fees for 4/1/13 - 1/31/14          2,295.00 | 3110-000 | | | 114,490.48 |
| | | | Expenses for 4/1/13 -               45.92<br>1/31/14 | 3120-000 | | | 114,490.48 |
| 03/11/14 | 10129 | CJBS, LLC | Interim compensation per o/c 3-10-14 | 3410-000 | | 1,572.40 | 112,918.08 |
| 03/25/14 | {3} | VERICORE, LLC | Recovery from Braxton Harris Co. | 1121-000 | 1,872.86 | | 114,790.94 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.67 | 114,631.27 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.88 | 114,455.39 |
| 05/20/14 | | VERICORE LLC | Refund of unused court costs (Braxton Harris) | 3992-330 | | -93.91 | 114,549.30 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.66 | 114,384.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.03 | 114,225.61 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.73 | 114,044.88 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.56 | 113,886.32 |

|  | | | ACCOUNT TOTALS | | 157,478.26 | 43,591.94 | $113,886.32 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 65,287.48 | 0.00 | |
| | | | Subtotal | | 92,190.78 | 43,591.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $92,190.78 | $43,591.94 | |

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-54005 | |
| Case Name: | HICO FLEX BRASS COMPANY, INC. | |
| | | |
| Taxpayer ID #: | **-***1625 | |
| Period Ending: | 10/20/14 | |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7467 - BOA collateral account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 10-54005 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | HICO FLEX BRASS COMPANY, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7468 - Retirmnt Pln for Employee |
| Taxpayer ID #: | **-***1625 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/20/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/13 | {12} | COMPUTERSHARE | Maturity check for State of Israel Bond | 1280-000 | 5,000.00 | | 5,000.00 |
| 08/07/13 | {12} | COMPUTERSHARE | Maturity check for State of Israel Bond | 1280-000 | 5,000.00 | | 10,000.00 |
| 11/26/13 | {12} | CHICAGO TITLE AND TRUST COMPANY | Payment of funds due to HICO Flex Brass Co. Employee Profit Sharing Plan per USDC consent order | 1280-000 | 79,104.11 | | 89,104.11 |
| 12/20/13 | 101 | HICO FLEX BRASS CO., INC. 401(k) PLAN | Transfer plan assets to independent fiduciary | 8500-002 | | 89,104.11 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 89,104.11 | 89,104.11 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 |
| Subtotal | | 89,104.11 | 89,104.11 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $89,104.11 | $89,104.11 |

| | |
|---|---|
| Net Receipts : | 341,467.17 |
| Plus Gross Adjustments : | 14,113.91 |
| Less Other Noncompensable Items : | 89,719.85 |
| Net Estate : | $265,861.23 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******45-66 | 160,172.28 | 94,884.80 | 0.00 |
| Checking # ****-******45-67 | 0.00 | 0.00 | 0.00 |
| Checking # ******7466 | 92,190.78 | 43,591.94 | 113,886.32 |
| Checking # ******7467 | 0.00 | 0.00 | 0.00 |
| Checking # ******7468 | 89,104.11 | 89,104.11 | 0.00 |
| | $341,467.17 | $227,580.85 | $113,886.32 |

{} Asset reference(s)    Printed: 10/20/2014 01:16 PM    V.13.15

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2012

**Case Number:** 10-54005        Page: 1        **Date:** October 20, 2014
**Debtor Name:** HICO FLEX BRASS COMPANY, INC.      **Time:** 01:16:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $16,543.06 | $0.00 | 16,543.06 |
| B 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $42.86 | $0.00 | 42.86 |
| C 200 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $13,180.50 | $11,470.50 | 1,710.00 |
| D 200 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $234.04 | $217.22 | 16.82 |
| E 200 | CJBS, LLC<br>ATTN: LARRY GOLDSMITH<br>2100 SANDERS ROAD, SUITE 200<br>NORTHBROOK, IL 60062 | Admin Ch. 7 | | $12,389.84 | $11,289.29 | 1,100.55 |
| F 200 | CJBS, LLC<br>ATTN: LARRY GOLDSMITH<br>2100 SANDERS ROAD, SUITE 200<br>NORTHBROOK, IL 60062 | Admin Ch. 7 | | $13.07 | $13.07 | 0.00 |
| G 200 | NISEN & ELLIOTT | Admin Ch. 7 | | $30,000.00 | $30,000.00 | 0.00 |
| H 200 | NISEN & ELLIOTT | Admin Ch. 7 | | $1,812.76 | $1,812.76 | 0.00 |
| 37 200 | Office of the US Trustee<br>219 S. Dearborn Street, Room 873<br>Chicago, IL 60604 | Admin Ch. 7 | | $325.00 | $0.00 | 325.00 |
| X 300 | Ballard Properties<br>c/o Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108 | Admin Ch. 11 | Allowed per o/c 1-16-13 | $69,393.03 | $0.00 | 69,393.03 |
| Y 300 | Law Office of William J. Factor<br>105 W. Madison Street, Ste. 1500<br>Chicago, IL 60602 | Admin Ch. 11 | Allowed per o/c 6-18-12 | $111,675.71 | $0.00 | 111,675.71 |
| Z 300 | Stephen L. Lopata, CPA Ltd. | Admin Ch. 11 | Allowed per o/c 3-28-12 | $8,312.50 | $0.00 | 8,312.50 |
| 33 300 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Admin Ch. 11 | | $430.08 | $0.00 | 430.08 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2012

**Case Number:** 10-54005
**Debtor Name:** HICO FLEX BRASS COMPANY, INC.

Page: 2

**Date:** October 20, 2014
**Time:** 01:16:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 -2<br>520 | Hico Flex Brass Co 401(K)Plan<br>Joseph M Sulkson/Emplo Ben Sec Adm,US<br>Dept of Labor/Chicago Regional Ofc,200 W<br>Chicago, IL 60606 | Priority | Withdrawn 2/24/14 | $0.00 | $0.00 | 0.00 |
| 12<br>520 | Adelaida Valle<br>6220 S Whipple<br>Chicago, IL 60629 | Priority | | $16,052.63 | $0.00 | 16,052.63 |
| 13<br>520 | Margarita Urquiza<br>5423 S Christiana<br>Chicago, IL 60632 | Priority | | $2,122.00 | $0.00 | 2,122.00 |
| 3P-2<br>570 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Priority | Withdrawn 9/9/11 | $0.00 | $0.00 | 0.00 |
| 8<br>570 | Alejandro Reyes<br>2475 W 23rd Pl<br>Chicago, IL 60608 | Priority | | $34,000.11 | $0.00 | 34,000.11 |
| 9P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $23,205.07 | $0.00 | 23,205.07 |
| 10P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $12,872.91 | $0.00 | 12,872.91 |
| 14P-4<br>570 | Department of the Treasury<br>-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | Amended 9/19/14 [Partially paid by third parties pursuant to settlement and o/c 10-29-13] | $44,984.62 | $0.00 | 44,984.62 |
| 26P<br>570 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph St., #7-400<br>Chicago, IL 60601 | Priority | | $38,040.53 | $0.00 | 38,040.53 |
| 34<br>570 | New York State<br>Dept. of Taxation and Finance<br>Bankruptcy Section,P.O. Box 5300<br>Albany, NY 12205-0300 | Priority | | $894.74 | $0.00 | 894.74 |
| 35P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $2,568.38 | $0.00 | 2,568.38 |
| 36<br>570 | New York State<br>Dept. of Taxation and Finance<br>Bankruptcy Section,P.O. Box 5300<br>Albany, NY 12205-0300 | Priority | Duplicate of #34 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2012

**Case Number:** 10-54005
**Debtor Name:** HICO FLEX BRASS COMPANY, INC.

Page: 3

**Date:** October 20, 2014
**Time:** 01:16:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3S-2<br>100 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Secured | Withdrawn 9/9/11 | $0.00 | $0.00 | 0.00 |
| 24<br>100 | Bank of America NA<br>c/o Lowis & Gellen LLP<br>200 West Adams Street Suite 1900<br>Chicago, IL 60606 | Secured | Balance of claim withdrawn per o/c 10-28-13 | $67,419.62 | $67,419.62 | 0.00 |
| 44<br>100 | Bank of America NA<br>c/o Lowis & Gellen LLP<br>200 West Adams Street Suite 1900<br>Chicago, IL 60606 | Secured | Duplicate of #24 | $0.00 | $0.00 | 0.00 |
| 14S-4<br>250 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Secured | Amended 9/19/04 [Subordinated to Chapter 7 costs of administration per 724(b)] | $8,364.28 | $0.00 | 8,364.28 |
| 1<br>610 | Elk Grove Rubber Co.<br>99 Commercial Ave.<br>Addison, IL 60101 | Unsecured | | $8,021.09 | $0.00 | 8,021.09 |
| 2<br>610 | New York State, Office of Counsel<br>Department of Taxation & Finance<br>PO Box 5300<br>Albany, NY 12205 | Unsecured | Amended by #34 | $0.00 | $0.00 | 0.00 |
| 3U-2<br>610 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Unsecured | Withdrawn 9/9/11 | $0.00 | $0.00 | 0.00 |
| 4<br>610 | Interline Brands Inc dba Barnett<br>Bankruptcy<br>801 West Bay Street<br>Jacksonville, FL 32204 | Unsecured | | $2,170.23 | $0.00 | 2,170.23 |
| 5<br>610 | Dawnway Enterprise Co., Ltd.<br>c/o Leonard S Becker Atty at Law<br>312 N. May, #100<br>Chicago, IL 60607 | Unsecured | Reclassified as unsecured claim per o/c 10/31/11 | $312,000.00 | $0.00 | 312,000.00 |
| 6<br>610 | Interline Brands Inc dba Barnett<br>Bankruptcy<br>801 West Bay Street<br>Jacksonville, FL 32204 | Unsecured | Duplicate of #4 | $0.00 | $0.00 | 0.00 |
| 9U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $1,712.24 | $0.00 | 1,712.24 |
| 10U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $165.00 | $0.00 | 165.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER
**Claims Bar Date:** December 13, 2012

**Case Number:** 10-54005
**Debtor Name:** HICO FLEX BRASS COMPANY, INC.

Page: 4

**Date:** October 20, 2014
**Time:** 01:16:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | Teresita E Mercado<br>4101 Indian Hill Dr<br>Country Club Hills, IL 60478-4642 | Unsecured | Reduced and reclassified per o/c 10/31/11 | $62,042.46 | $0.00 | 62,042.46 |
| 14U-4 610 | Department of the Treasury<br>-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | Amended 9/19/14 | $73,729.70 | $0.00 | 73,729.70 |
| 15 610 | Meltzer, Purtill & Stelle LLC<br>c/o David L. Kane<br>300 South Wacker Drive, Suite 3500<br>Chicago, IL 60606 | Unsecured | | $6,431.25 | $0.00 | 6,431.25 |
| 16 610 | Kenneth Rios<br>3017 S Komensky Ave<br>Chicago, IL 60623 | Unsecured | | $1,329.60 | $0.00 | 1,329.60 |
| 17 -2 610 | Martin Rios<br>3017 S Komensky<br>Chicago, IL 60623 | Unsecured | | $5,530.00 | $0.00 | 5,530.00 |
| 18 610 | UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | Unsecured | | $6,389.54 | $0.00 | 6,389.54 |
| 19 610 | Mark S. Isaacs<br>Stahl Cowen Crowley Addis<br>Attn: J. Cohen,55 W. Monroe St. Ste 1200<br>Chicago, IL 60603 | Unsecured | Withdrawn per o/c 1/4/12 | $0.00 | $0.00 | 0.00 |
| 20 -2 610 | Isaacs Insurance Partnership<br>Mark S. Issacs Trust, Mark Isaacs TTEE<br>3470 Cornflower Trail<br>Northbrook, IL 60062-6351 | Unsecured | Withdrawn per o/c 10-28-13 | $0.00 | $0.00 | 0.00 |
| 21 610 | Neal, Gerber & Eisenberg, LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Unsecured | | $35,590.63 | $0.00 | 35,590.63 |
| 22 610 | Lila Isaacs<br>8424 Skokie Blvd.<br>Suite 200<br>Skokie, IL 60077 | Unsecured | Withdrawn per o/c 10-28-13 | $0.00 | $0.00 | 0.00 |
| 23 610 | Harold Isaacs Revocable Trust<br>8424 Skokie Blvd.<br>Suite 200<br>Skokie, IL 60077 | Unsecured | Withdrawn per o/c 10-28-13 | $0.00 | $0.00 | 0.00 |
| 25 610 | Howard Simon & Associates<br>304 Saunders Road<br>Deerfield, IL 60015-3858 | Unsecured | | $13,220.26 | $0.00 | 13,220.26 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2012

**Case Number:** 10-54005
**Debtor Name:** HICO FLEX BRASS COMPANY, INC.

Page: 5

**Date:** October 20, 2014
**Time:** 01:16:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|------------------------|----------------|--------------|---------------|
| 26U 610 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph St., #7-400<br>Chicago, IL 60601 | Unsecured | | $4,168.14 | $0.00 | 4,168.14 |
| 27 610 | Kutchins, Robbins & Diamond, LTD<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Unsecured | Superceded by #29 | $0.00 | $0.00 | 0.00 |
| 28 610 | State Farm General Insurance Company<br>c/o James P. Moran,Mulherin, Rehfeldt &<br>Varchetto, P.C.,211 S. Wheaton Ave., Ste<br>Wheaton, IL 60187 | Unsecured | | $61,557.07 | $0.00 | 61,557.07 |
| 29 610 | Kutchins Robbins & Diamond LTD<br>David L Diamond<br>1101 Perimeter Dr, Ste 760<br>Schaumburg, IL 60173 | Unsecured | | $11,979.63 | $0.00 | 11,979.63 |
| 30 610 | Paradigm Graphic Design<br>c/o: Activity Collection Service Inc<br>664 Milwaukee Ave<br>Prospect Heights, IL 60074 | Unsecured | | $1,472.00 | $0.00 | 1,472.00 |
| 31 610 | Howard Simon & Associates<br>304 Saunders Road<br>Deerfield, IL 60015-3858 | Unsecured | Duplicate of #25 | $0.00 | $0.00 | 0.00 |
| 32 610 | Worldtrans Services<br>115 North Main Street<br>Suite 200<br>Algonquin, IL 60102 | Unsecured | | $2,180.00 | $0.00 | 2,180.00 |
| 35U 610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $50.00 | $0.00 | 50.00 |
| 38 610 | ETHERCYCLE<br>3 SOUTH PROSPECT<br>SUITE 12<br>PARK RIDGE, IL 60068 | Unsecured | | $725.00 | $0.00 | 725.00 |
| 39 610 | Jomar International Ltd<br>c/o MaryBeth Weir<br>7243 Miller Dr<br>Warren, MI 48092 | Unsecured | | $2,654.00 | $0.00 | 2,654.00 |
| 40 610 | Teresita E Mercado<br>4101 Indian Hill Dr<br>Country Club Hills, IL 60478-4642 | Unsecured | Duplicate of #5 | $0.00 | $0.00 | 0.00 |
| 41 610 | SJE- Rhombus Controls<br>SJElectro Systems, Inc<br>POB 1708<br>Detroit Lakes, MN 56502-1708 | Unsecured | | $1,368.75 | $0.00 | 1,368.75 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2012

**Case Number:** 10-54005

Page: 6

**Date:** October 20, 2014
**Time:** 01:16:59 PM

**Debtor Name:** HICO FLEX BRASS COMPANY, INC.

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 42 610 | Luxe Home Hardware Corp. 3482 Depot Rd. Hayward, CA 94545 | Unsecured | | $359.00 | $0.00 | 359.00 |
| 43 610 | Automatic Fire Systems Inc. 7910 Burden Rd Rockford, IL 61115 | Unsecured | | $508.00 | $0.00 | 508.00 |
| 45 610 | Mark S. Isaacs Trust for Isaacs Insurance Ptnp c/o Mark S. Isaacs Trustee 3470 Cornflower Trail Northbrook, IL 60062-6351 | Unsecured | Duplicate of #20 | $0.00 | $0.00 | 0.00 |
| 46 610 | Uniphase Inc Morrisroe & Associates, Ltd 114 S. Bloomingdale Road Bloomingdale, IL 60108 | Unsecured | | $12,271.12 | $0.00 | 12,271.12 |
| 47 610 | Echo Global Logistics 600 W. Chicago Suite 725 Chicago, IL 60654 | Unsecured | | $1,635.35 | $0.00 | 1,635.35 |
| NOTFILED 610 | Allied Waste Services of Chicago 2608 S. Damen Chicago, IL 60608 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Allstate Insurance Company 2775 Sanders Road Northbrook, IL 60062 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blitt & Gaines P.C. 661 Glenn Ave. Wheeling, IL 60090 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blue Cross Blue Shield of Illinois 300 East Randolph Street Chicago, IL 60601-5099 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cbeyond 1520 Kennsington Road Suite 300 Oak Brook, IL 60523 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card Services Mail Code KY1-0900 6714 Grande Land Bldg., 8 Suite 807 Louisville, KY 40213 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Commonwealth Edison Co. PO Box 805398 Chicago, IL 60680-5398 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cook County Treasurer 118 N. Clark Street Suite 112 Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2012

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 10-54005 | | Page: 7 | | **Date:** October 20, 2014 | |
| **Debtor Name:** HICO FLEX BRASS COMPANY, INC. | | | | **Time:** 01:16:59 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Federal Express Corp. Revenue Recovery/Bankruptcy 3965 Airway Blvd., Module G, 3rd Fl Memphis, TN 38116 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fort Dearborn Life Insurance Co. 300 E. Randolph St. Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Impacct Sales Co. 804 Spring Valley Court Schaumburg, IL 60193 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | International Monetary Systems 2431 W. Irving Park Road Chicago, IL 60618 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Liason Technologies, Inc. 2575 Westside Parkway Suite 400 Alpharetta, GA 30004 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mesirow Insurance Services, Inc. 353 N. Clark Street Chicago, IL 60654 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nielsen Business Media 200 W. Jackson Blvd. Suite 2700 Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ningbo Jiangdong Grommet Rubber 806, No. 762, Zhongxing Rd. Ningbo, Zhejiang China 315040, | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Office Depot 6600 North Military Trail Boca Raton, FL 33496 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Omni Corporate Services, Ltd., Inc. 149 E. Garfiled Rd. Aurora, OH 44202 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Gas 130 East Randolph Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Potratz & Hollander, PC 30 N. LaSalle St. Suite 3900 Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Premium Assignment Corporation 401 S. Carlton Suite 201 Wheaton, IL 60187 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 13, 2012

**Case Number:** 10-54005
**Debtor Name:** HICO FLEX BRASS COMPANY, INC.

Page:  8

**Date:** October 20, 2014
**Time:** 01:16:59 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Prudential<br>13001 County Road 10<br>Minneapolis, MN 55442 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | PT. Ever Age Valves Metals<br>Jl. Raya Sumengko-Gresik Km 30.7<br>Wringinanom-Gresik (61176)<br>Jatim-indonesia, | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Santana Energy Services<br>PO Box 200024<br>Houston, TX 77216-0024 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Schmidt, Salzman & Moran, Ltd.<br>111 W. Washington St.<br>Suite 1300<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Tridon (IDEAL)<br>8100 Tridon Drive<br>Smyrna, TN 37167-6603 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | TriWest Sales<br>25107 Genesee Trail Rd.<br>Golden, CO 80401 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 48 620 | Allstate Insurance Company<br>c/o Travis & Herbert, PLLC<br>11507 Main Street<br>Louisville, KY 40243 | Unsecured | | $50,442.27 | $0.00 | 50,442.27 |
| 49 620 | State Farm Fire & Casualty<br>as subrogee for Levoughn Allen<br>PO Box 2375<br>Bloomington, IL 61702 | Unsecured | | $5,712.43 | $0.00 | 5,712.43 |
| << Totals >> | | | | 1,200,292.10 | 122,222.46 | 1,078,069.64 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-54005
Case Name: HICO FLEX BRASS COMPANY, INC.
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**     $     113,886.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14S-4 | Department of the Treasury | 8,364.28 | 8,364.28 | 0.00 | 8,364.28 |

Total to be paid to secured creditors:     $     8,364.28
Remaining balance:     $     105,522.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 16,543.06 | 0.00 | 16,543.06 |
| Trustee, Expenses - RICHARD M. FOGEL | 42.86 | 0.00 | 42.86 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 13,180.50 | 11,470.50 | 1,710.00 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 234.04 | 217.22 | 16.82 |
| Accountant for Trustee, Fees - CJBS, LLC | 12,389.84 | 11,289.29 | 1,100.55 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses:     $     19,738.29
Remaining balance:     $     85,783.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Law Office of William J. Factor | 111,675.71 | 0.00 | 50,470.97 |
| Accountant for Trustee/D-I-P Fees - Stephen L. Lopata, CPA Ltd. | 8,312.50 | 0.00 | 3,756.77 |
| Other Expenses: Ballard Properties | 69,393.03 | 0.00 | 31,361.64 |
| Other Expenses: Illinois Department of Revenue | 430.08 | 0.00 | 194.37 |

Total to be paid for prior chapter administrative expenses:     $     85,783.75
Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $174,740.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Alejandro Reyes | 34,000.11 | 0.00 | 0.00 |
| 9P | Illinois Department of Employment Security | 23,205.07 | 0.00 | 0.00 |
| 10P | Illinois Department of Employment Security | 12,872.91 | 0.00 | 0.00 |
| 12 | Adelaida Valle | 16,052.63 | 0.00 | 0.00 |
| 13 | Margarita Urquiza | 2,122.00 | 0.00 | 0.00 |
| 14P-4 | Department of the Treasury | 44,984.62 | 0.00 | 0.00 |
| 26P | Illinois Department of Revenue | 38,040.53 | 0.00 | 0.00 |
| 34 | New York State | 894.74 | 0.00 | 0.00 |
| 35P | Illinois Department of Employment Security | 2,568.38 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 629,260.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Elk Grove Rubber Co. | 8,021.09 | 0.00 | 0.00 |
| 4 | Interline Brands Inc dba Barnett | 2,170.23 | 0.00 | 0.00 |
| 5 | Dawnway Enterprise Co., Ltd. | 312,000.00 | 0.00 | 0.00 |
| 9U | Illinois Department of Employment Security | 1,712.24 | 0.00 | 0.00 |
| 10U | Illinois Department of Employment Security | 165.00 | 0.00 | 0.00 |
| 11 | Teresita E Mercado | 62,042.46 | 0.00 | 0.00 |
| 14U-4 | Department of the Treasury | 73,729.70 | 0.00 | 0.00 |
| 15 | Meltzer, Purtill & Stelle LLC | 6,431.25 | 0.00 | 0.00 |

| 16 | Kenneth Rios | 1,329.60 | 0.00 | 0.00 |
| 17 -2 | Martin Rios | 5,530.00 | 0.00 | 0.00 |
| 18 | UNITED PARCEL SERVICE | 6,389.54 | 0.00 | 0.00 |
| 21 | Neal, Gerber & Eisenberg, LLP | 35,590.63 | 0.00 | 0.00 |
| 25 | Howard Simon & Associates | 13,220.26 | 0.00 | 0.00 |
| 26U | Illinois Department of Revenue | 4,168.14 | 0.00 | 0.00 |
| 28 | State Farm General Insurance Company | 61,557.07 | 0.00 | 0.00 |
| 29 | Kutchins Robbins & Diamond LTD | 11,979.63 | 0.00 | 0.00 |
| 30 | Paradigm Graphic Design | 1,472.00 | 0.00 | 0.00 |
| 32 | Worldtrans Services | 2,180.00 | 0.00 | 0.00 |
| 35U | Illinois Department of Employment Security | 50.00 | 0.00 | 0.00 |
| 38 | ETHERCYCLE | 725.00 | 0.00 | 0.00 |
| 39 | Jomar International Ltd | 2,654.00 | 0.00 | 0.00 |
| 41 | SJE- Rhombus Controls | 1,368.75 | 0.00 | 0.00 |
| 42 | Luxe Home Hardware Corp. | 359.00 | 0.00 | 0.00 |
| 43 | Automatic Fire Systems Inc. | 508.00 | 0.00 | 0.00 |
| 46 | Uniphase Inc | 12,271.12 | 0.00 | 0.00 |
| 47 | Echo Global Logistics | 1,635.35 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 56,154.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 48 | Allstate Insurance Company | 50,442.27 | 0.00 | 0.00 |
| 49 | State Farm Fire & Casualty | 5,712.43 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**