UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )   Case No. 10-54005
                                            )
HICO FLEX BRASS CO., INC.,                  )
                                            )
                                            )
                                            )
                                            )
                    Debtor(s)               )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on November 19, 2014 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: October 20, 2014                      By: /s/ Richard M. Fogel
                                                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HICO FLEX BRASS COMPANY, INC. § Case No. 10-54005
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 355,581.08 |
| *and approved disbursements of* | $ | 241,694.76 |
| *leaving a balance on hand of* [1] | $ | 113,886.32 |
| **Balance on hand:** | $ | 113,886.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14S-4 | Department of the Treasury | 8,364.28 | 8,364.28 | 0.00 | 8,364.28 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 8,364.28 |
| Remaining balance: | $ | 105,522.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 16,543.06 | 0.00 | 16,543.06 |
| Trustee, Expenses - RICHARD M. FOGEL | 42.86 | 0.00 | 42.86 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 13,180.50 | 11,470.50 | 1,710.00 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 234.04 | 217.22 | 16.82 |
| Accountant for Trustee, Fees - CJBS, LLC | 12,389.84 | 11,289.29 | 1,100.55 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 19,738.29 |
| Remaining balance: | $ | 85,783.75 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Law Office of William J. Factor | 111,675.71 | 0.00 | 50,470.97 |
| Accountant for Trustee/D-I-P Fees - Stephen L. Lopata, CPA Ltd. | 8,312.50 | 0.00 | 3,756.77 |
| Other Expenses: Ballard Properties | 69,393.03 | 0.00 | 31,361.64 |
| Other Expenses: Illinois Department of Revenue | 430.08 | 0.00 | 194.37 |

Total to be paid for prior chapter administrative expenses: $ 85,783.75
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $174,740.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Alejandro Reyes | 34,000.11 | 0.00 | 0.00 |
| 9P | Illinois Department of Employment Security | 23,205.07 | 0.00 | 0.00 |
| 10P | Illinois Department of Employment Security | 12,872.91 | 0.00 | 0.00 |
| 12 | Adelaida Valle | 16,052.63 | 0.00 | 0.00 |
| 13 | Margarita Urquiza | 2,122.00 | 0.00 | 0.00 |
| 14P-4 | Department of the Treasury | 44,984.62 | 0.00 | 0.00 |
| 26P | Illinois Department of Revenue | 38,040.53 | 0.00 | 0.00 |
| 34 | New York State | 894.74 | 0.00 | 0.00 |
| 35P | Illinois Department of Employment Security | 2,568.38 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 629,260.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Elk Grove Rubber Co. | 8,021.09 | 0.00 | 0.00 |
| 4 | Interline Brands Inc dba Barnett | 2,170.23 | 0.00 | 0.00 |
| 5 | Dawnway Enterprise Co., Ltd. | 312,000.00 | 0.00 | 0.00 |
| 9U | Illinois Department of Employment Security | 1,712.24 | 0.00 | 0.00 |
| 10U | Illinois Department of Employment Security | 165.00 | 0.00 | 0.00 |
| 11 | Teresita E Mercado | 62,042.46 | 0.00 | 0.00 |
| 14U-4 | Department of the Treasury | 73,729.70 | 0.00 | 0.00 |
| 15 | Meltzer, Purtill & Stelle LLC | 6,431.25 | 0.00 | 0.00 |
| 16 | Kenneth Rios | 1,329.60 | 0.00 | 0.00 |
| 17 -2 | Martin Rios | 5,530.00 | 0.00 | 0.00 |
| 18 | UNITED PARCEL SERVICE | 6,389.54 | 0.00 | 0.00 |
| 21 | Neal, Gerber & Eisenberg, LLP | 35,590.63 | 0.00 | 0.00 |
| 25 | Howard Simon & Associates | 13,220.26 | 0.00 | 0.00 |
| 26U | Illinois Department of Revenue | 4,168.14 | 0.00 | 0.00 |
| 28 | State Farm General Insurance Company | 61,557.07 | 0.00 | 0.00 |
| 29 | Kutchins Robbins & Diamond LTD | 11,979.63 | 0.00 | 0.00 |
| 30 | Paradigm Graphic Design | 1,472.00 | 0.00 | 0.00 |
| 32 | Worldtrans Services | 2,180.00 | 0.00 | 0.00 |
| 35U | Illinois Department of Employment Security | 50.00 | 0.00 | 0.00 |
| 38 | ETHERCYCLE | 725.00 | 0.00 | 0.00 |
| 39 | Jomar International Ltd | 2,654.00 | 0.00 | 0.00 |
| 41 | SJE- Rhombus Controls | 1,368.75 | 0.00 | 0.00 |
| 42 | Luxe Home Hardware Corp. | 359.00 | 0.00 | 0.00 |
| 43 | Automatic Fire Systems Inc. | 508.00 | 0.00 | 0.00 |
| 46 | Uniphase Inc | 12,271.12 | 0.00 | 0.00 |
| 47 | Echo Global Logistics | 1,635.35 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 56,154.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 48 | Allstate Insurance Company | 50,442.27 | 0.00 | 0.00 |
| 49 | State Farm Fire & Casualty | 5,712.43 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-54005-ABG
Hico Flex Brass Company, Inc.                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 4               Date Rcvd: Oct 21, 2014
                              Form ID: pdf006           Total Noticed: 132

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2014.
```
db         +Hico Flex Brass Company, Inc.,   931 West 19th Street,   Chicago, IL 60608-3411
20156075   +19TH Street Parcel, LLC,   c/o Jeffrey E. Altshul,   Ginsberg Jacobs LLC,
             300 South Wacker Drive, Suite 2750,   Chicago, Illinois 60606-6782
19402153   +ALLIED WASTE SERVICES #710,   PO BOX 10479,   DESMOINES IA 50306-0479
16905077   +Adelaida Valle,   6220 S Whipple,   Chicago IL 60629-2602
16876252    Alejandro Reyes,   2475 W 23rd Pl,   Chicago IL 60608
16514749   +Allied Waste Services of Chicago,   2608 S. Damen,   Chicago, IL 60608-5209
16514750   +Allstate Insurance Company,   Charlton C. Hundley,   c/o Travis & Herbert, PLLC,
             11507 Main Street,,   Middletown Historic District,   Louisville, KY 40243-1315
19402154   +Apple Insurance,   11447 SECOND ST,   SUITE 3,   ROSCOE IL 61073-9522
19402155    Ardys Bath Collection,   8665 W8ILSHIRE BLVD,   BEVERLY HILLS CA 90210
19402156   +Ashland Propane, Inc,   PO BOXM 1108,   SOUTH HOLLAND IL 60473-7108
19402157   +Automatic Fire Systems Inc.,   7910 Burden Rd,   Rockford, IL 61115-8242
19803820   +BANK OF AMERICA N.A.,   C/O LOWIS & GELLEN LLP,   200 West Adams Street, Suite 1900,
             Chicago, IL 60606-5229
16514751   +Bank of America NA,   c/o Lowis & Gellen LLP,   200 West Adams Street Suite 1900,
             Chicago IL 60606-5229
16514752   +Barnett,   Lombard Pro Center,   1100 Lombard Road, Suite A,   Lombard, IL 60148-1252
16514753   +Blitt & Gaines P.C.,   661 Glenn Ave.,   Wheeling, IL 60090-6017
16514754    Blue Cross Blue Shield of Illinois,   300 East Randolph Street,   Chicago, IL 60601-5099
19402164   +Boshart Industries,   PO BOX 18995,   NEWARK NJ 07191-8995
19402165   +Braxton Harris,   1417 COMMERCE BLVD,   ANNISTON AL 36207-9407
19402166   +CNA,   333 S WABASH AVE,   C/O BILLING & COLLECTION,   CHICAGO IL 60604-4153
16514755   +Cbeyond,   1520 Kennsington Road,   Suite 300,   Oak Brook, IL 60523-2142
16514756   +Chase Card Services,   Mail Code KY1-0900,   6714 Grande Land Bldg., 8 Suite 807,
             Louisville, KY 40213-3404
19402219   +Commercial Surplus Corporation,   PO BOX 734,   DELAWARE OH 43015-0734
16514757   +Commonwealth Edison Co.,   PO Box 805398,   Chicago, IL 60680-4183
19402220   +Dallas Specialty &n Mfg,   1161 RUGGLES,   GRAND PRAIRIE TX 75050-2659
16514759    Dawnway Enterprise Co., Ltd.,   No. 69, Lane 466, Gangnan Rd. Sec.2,   Wuchi, Taichung 435,
             Taiwan
16514760   +Dawnway Enterprise Co., Ltd.,   c/o Leonard S Becker Atty at Law,   312 N. May, #100,
             Chicago, IL 60607-1237
19402221   +Dickey Staffing Solutions,   PO BOX 15068,   LOVES PARK IL 61132-5068
19402222   +Don Ballard,   1670 N ALPINE RD,   ROCKFORD IL 61107-1415
19402223   +Double D Express,   PO BOX 606,   PERU IL 61354-0606
19402365   +ETHERCYCLE,   3 SOUTH PROSPECT,   SUITE 12,   PARK RIDGE IL 60068-4177
19402224    Eastern Foundry and Fitting,   130 UPPER ASBURY,   CHARLOTTE NC 28206
16514761   +Elk Grove Rubber Co.,   99 Commercial Ave.,   Addison, IL 60101-4501
19402226   +Entre Computer Solutions,   8900 N 2ND ST,   MACHESNEY PARK IL 61115-2086
19402227   +Equipment Depot,   75 REMITTANCE DR,   SUITE #3295,   CHICAGO IL 60675-3295
19402364   +Estes Express Lines,   PO BOX 25612,   RICHMOND VA 23260-5612
19402367   +FedEx,   PO BOX 94515,   PALATINE IL 60094-4515
16514763   +Federal Express Corp.,   942 South Shady Grove Rd.,   Memphis, TN 38120-4117
16514762   +Federal Express Corp.,   Revenue Recovery/Bankruptcy,   3965 Airway Blvd., Module G, 3rd Fl,
             Memphis, TN 38116-5017
19402368   +Fleet Lift Truck Service,   5251 IRVING BLVD,   MACHESNEY PARK IL 61115-8274
16514764   +Fort Dearborn Life Insurance Co.,   300 E. Randolph St.,   Chicago, IL 60601-5099
19402369   +Fortune Valve Corp,   20030 HICKORY TWIG,   SPRING TX 77388-6212
19402370   +Harbor Plumbing & Heating Supply,   1020 MAMARONECK,   MAMARONECK NY 10543-1632
17106761   +Harold Isaacs Revocable Trust,   8424 Skokie Blvd.,   Suite 200,   Skokie, IL 60077-2568
16636483   +Hico Flex Brass Co 401(K)Plan,   Joseph M Sulkson/Emplo Ben Sec Adm,
             US Dept of Labor/Chicago Regional Ofc,   200 West Adams Street Suite 1600,
             Chicago IL 60606-5228
16514765    Howard Simon & Associates,   304 Saunders Road,   Deerfield, IL 60015-3858
19402371   +Humana,   PO BOX 533,   CAROL STREAM IL 60132-0533
17155942  ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
             CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Unit,
             100 W. Randolph St., #7-400,   Chicago, IL 60601)
16883683   +Illinois Department of Employment Security,   33 South State Street,
             Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
16636479    Illinois Department of Revenue,   Bankruptcy Section,   P O Box 64338,   Chicago IL 60664-0338
16636481   +Illinois Dept of Employment Security,   Benefit Payment Control Division,   PO Box 4385,
             Chicago IL 60680-4385
16514766   +Impacct Sales Co.,   804 Spring Valley Court,   Schaumburg, IL 60193-4300
19402372   +Integrity Financial Partners,   PO BOX 11530,   OVERLAND PARK KS 66207-4230
16683247   +Interline Brands Inc dba Barnett,   Bankruptcy,   801 West Bay Street,
             Jacksonville FL 32204-1605
16514768   +International Monetary Systems,   2431 W. Irving Park Road,   Chicago, IL 60618-3713
17086296    Isaacs Insurance Partnership,   Mark S. Issacs Trust, Mark Isaacs TTEE,   3470 Cornflower Trail,
             Northbrook, IL 60062-6351
19402374   +JK Consulting,   PO BOX 835,   LOCKPORT IL 60441-0835
19402375   +Jomar International Ltd,   c/o MaryBeth Weir,   7243 Miller Dr,   Warren, MI 48092-4746
```

```
District/off: 0752-1          User: cgreen              Page 2 of 4                  Date Rcvd: Oct 21, 2014
                              Form ID: pdf006           Total Noticed: 132


19402490       +Joseph Scott Woodman,    3215 N VIEW RD,   ROCKFORD IL 61107-1131
19402492       +Juan Valle,    723 STAMFORD ST,   ROCKFORD IL 61102-2804
19402376       +Jumbo,   PO BOX 762,   CLARKS SUMMIT PA 18411-0762
17072686       +Kenneth Rios,    3017 S Komensky Ave,   Chicago IL 60623-4454
17863024       +Kutchins Robbins & Diamond LTD,    David L Diamond,    1101 Perimeter Dr, Ste 760,
                 Schaumburg, IL 60173-5025
16514769       +Kutchins, Robbins & Diamond, LTD,    1101 Perimeter Drive,    Suite 760,
                 Schaumburg, IL 60173-5025
17104644       +Lila Isaacs,    8424 Skokie Blvd.,   Suite 200,    Skokie, IL 60077-2568
19402377       +Linx Limited,    875 AQUIDNECK AVE,   MIDDLETOWN RI 02842-5256
19402378       +Luxe Home Hardware Corp.,    3482 Depot Rd.,   Hayward, CA 94545-2714
19402379       +MGC Industries,    38 ANN ST,   MILAN MI 48160-1341
16905151       +Margarita Urquiza,    5423 S Christiana,   Chicago IL 60632-3217
19809661        Mark Isaacs Trust for Isaacs Insurance Ptnp,    3470 Cornflower Trail,
                 Northbrook, IL 60062-6351
16636484       +Mark S. Isaacs,    Stahl Cowen Crowley Addis,    Attn: J. Cohen,    55 W. Monroe St. Ste 1200,
                 Chicago,IL 60603-5127
19809752        Mark S. Isaacs Trust for Isaacs Insurance Ptnp,    c/o Mark S. Isaacs Trustee,
                 3470 Cornflower Trail,    Northbrook, IL 60062-6351
17072687       +Martin Rios,    3017 S Komensky,   Chicago IL 60623-4454
17004811       +Meltzer, Purtill & Stelle LLC,    c/o David L. Kane,    300 South Wacker Drive, Suite 3500,
                 Chicago, IL 60606-6704
16514771       +Mesirow Insurance Services, Inc.,    353 N. Clark Street,    Chicago, IL 60654-4704
19402380       +Minuteman Press,    5128 N SECOND ST,   LOVES PARK IL 61111-5002
16514772       +Neal, Gerber & Eisenberg, LLP,    Two North LaSalle Street,    Suite 1700,
                 Chicago, IL 60602-4000
19402396       +Net Consultants,    7403 SCHILLINGTON DR,   ROCKFORD IL 61107-2793
19268637        New York State,    Dept. of Taxation and Finance,    Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
16636485       +New York State, Ofc of Counsel,    Department of Taxation & Finance,
                 Building 9, WA Harriman Campus,    Albany NY 12227-0001
16514773       +New York State, Office of Counsel,    Department of Taxation & Finance,    PO Box 5300,
                 Albany, NY 12205-0300
16514774       +Nielsen Business Media,    200 W. Jackson Blvd.,    Suite 2700,    Chicago, IL 60606-6943
16514775        Ningbo Jiangdong Grommet Rubber,    806, No. 762, Zhongxing Rd.,    Ningbo, Zhejiang,
                 China 315040
16514776       +Office Depot,    6600 North Military Trail,   Boca Raton, FL 33496-2434
16514777       +Omni Corporate Services, Ltd., Inc.,    149 E. Garfiled Rd.,    Aurora, OH 44202-7816
16514782        PT. Ever Age Valves Metals,    Jl. Raya Sumengko-Gresik Km 30.7,    Wringinanom-Gresik (61176),
                 Jatim-Indonesia
17956999       +Paradigm Graphic Design,    c/o: Activity Collection Service Inc,    664 Milwaukee Ave,
                 Prospect Heights, IL 60070-2300
16514778       #+Peoples Gas,    130 East Randolph,   Chicago, IL 60601-6207
19402447       +Pioneer Industries Inc,    3325 S GARFIELD,   COMMERCE CA 90040-3101
19402448       +Pitney Bowes,    PO BOX 371896,   PITTSBURGH PA 15250-7896
19402449       +Pitney Bowes Purchase Power,    PO BOX 371874,    PITTSBURGH PA 15250-7874
16514780       +Premium Assignment Corporation,    401 S. Carlton,   Suite 201,    Wheaton, IL 60187-4843
19402450        Progressive Coating,    900 SD CICERO AVE,   CHICAGO IL 60644
16514781       +Prudential,    13001 County Road 10,   Minneapolis, MN 55442-1199
19402451       +Quality Pipe Products,    17275 HURON RIVER DR,    NEW BOSTON MI 48164-8955
19402452       +RCM Data Corporation,    16W 115 83RD ST,   BURR RIDGE IL 60527-6139
19402453       +Rock Disposal,    PO BOX 395,   JANESVILLE WI 53547-0395
19402455       +SJE Rhombus Controls,    22650 COUNTY HIGHWAY 6,    PO BOX 1708,    DETROIT MN 56502-1708
19666467        SJE- Rhombus Controls,    SJElectro Systems, Inc,    POB 1708,    Detroit Lakes, MN 56502-1708
19402475       +SVF Sales,    4901 BROOKPARK RD,   CLEVELAND OH 44134-1017
16514783        Santana Energy Services,    PO Box 200024,   Houston, TX 77216-0024
16514784       +Schmidt, Salzman & Moran, Ltd.,    111 W. Washington St.,    Suite 1300,    Chicago, IL 60602-3466
19402454       +Simplex Grinnell LP,    DEPT CH 10320,   PALATINE IL 60055-0001
19402456       +Sobyra & Zeman Sales,    7324 WINTHROP WAY,    UNIT # 1,   DOWNDERS GROVE IL 60516-4076
19402493       +State Disbursement,    VALLE XXX-XX-0520,   PO BOX 5400,    CAROL STREAM IL 60197-5400
17644396       +State Farm General Insurance Company,    c/o James P. Moran,
                 Mulherin, Rehfeldt & Varchetto, P.C.,    211 S. Wheaton Ave., Ste. 200,
                 Wheaton, IL 60187-5251
19402497       +THE LAW OFFICE OF,    WILLIAM J. FACTOR, LTD.,    1363 Shermer Road, Suite 224,
                 Northbrook, IL 60062-4575
19402491       +Tammy Borman,    1320 W STEPHENSON ST,   FREEPORT IL 61032-4776
16893695        Teresita E Mercado,    4101 Indian Hill Dr,   Country Club Hills IL 60478-4642
19402478       +Topp Industries Inc,    420 ST ROAD 25 N,   PO BOX 420,    ROCHESTER IN 46975-0420
16514786       +TriWest Sales,    25107 Genesee Trail Rd.,   Golden, CO 80401-5708
16514785        Tridon (IDEAL),    8100 Tridon Drive,   Smyrna, TN 37167-6603
17080125       +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                 Timonium, Maryland 21094-5126
19402481       +UPS,    28013 NETWORK PL,   CHICAGO IL 60673-1280
16514787       +UPS Supply Chain Solutions,    12380 Morris Rd.,    Alpharetta, GA 30005-4177
19402480       +Uniphase Inc,    Morrisroe & Associates, Ltd,    114 S. Bloomingdale Road,
                 Bloomingdale, IL 60108-1239
19402482       +Via Pacific,    14458 DON JULIAN RD,   CITY OF INDUSTRY CA 91746-3101
19402488       +Waste Management,    PO BOX 4648,   CAROL STREAM IL 60197-4648
19402489       +Water, Inc,    1044 EAST DEL AMO BLVD,   CARSON CA 90746-3520
16514788       +Worldtrans Services,    115 North Main Street,    Suite 200,    Algonquin, IL 60102-2446
```

```
District/off: 0752-1           User: cgreen                 Page 3 of 4                  Date Rcvd: Oct 21, 2014
                               Form ID: pdf006              Total Noticed: 132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19402167       E-mail/Text: legalcollections@comed.com Oct 22 2014 01:20:20      ComEd,   PO BOX 6111,
                CAROL STREAM IL 60197-6111
16514758      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 22 2014 01:19:13      Cook County Treasurer,
                118 N. Clark Street,   Suite 112,   Chicago, IL 60602-1590
16636480       E-mail/Text: cio.bncmail@irs.gov Oct 22 2014 01:17:43      Department of the Treasury,
                -Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
19402225      +E-mail/Text: ar@echo.com Oct 22 2014 01:17:29      Echo Global Logistics,
                600 W. Chicago Suite 725,   Chicago, IL 60654-2522
19402366      +E-mail/Text: legal@fastenal.com Oct 22 2014 01:17:55      Fastenal Co,   PO BOX 978,
                WINONA MN 55987-0978
16514767      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Oct 22 2014 01:21:06
                Indiana Department of Revenue,   Bankruptcy Section, N-240,    100 N. Senate Ave.,
                Indianapolis, IN 46204-2253
19402373      +E-mail/Text: MLEGAN@FEDERALPROCESS.COM Oct 22 2014 01:20:32      JB Products,
                6851 ENTERPRISE DR,   SOUTH BEND IN 46628-8402
19402397      +E-mail/Text: bankrup@aglresources.com Oct 22 2014 01:17:15      Nicor Gas,   PO BOX 0632,
                AURORA IL 60507-0632
19413713      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 22 2014 01:18:15      Office of the U.S. Trustee,
                219 S. Dearborn St.,   Room 873,   Chicago,  IL 60604-2027
19402476       E-mail/Text: appebnmailbox@sprint.com Oct 22 2014 01:18:20      Sprint,   PO BOX 4181,
                CAROL STREAM IL 60197
21742216      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 22 2014 01:19:12
                State Farm Fire & Casualty,   as subrogee for Levoughn Allen,    PO Box 2375,
                Bloomington, IL 61702-2375
19402477      +E-mail/Text: bankruptcynotices@tdstelecom.com Oct 22 2014 01:17:16      TDS,   PO MBOX 94510,
                PALATINE IL 60094-4510
19402479      +E-mail/Text: ulinecollections@uline.com Oct 22 2014 01:19:32      ULINE,
                ATTEN ACCOUNTS RECEIVABLE,   2200 S LAKESIDE DR,   WAUKEGAN IL 60085-8361
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17086185       Mark S. Isaacs
17334951       lila isaacs
16885524*     +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
19334302*     +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
18845173*      Illinois Department of Revenue,    Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
16514770     ##+Liason Technologies, Inc.,   2575 Westside Parkway,   Suite 400,   Alpharetta, GA 30004-6410
19402398     ##+One Source Recycling, Inc,   13125 N SECOND ST,   ROSCOE IL 61073-8227
19402399     ##+Ordway Insurance,   1639 N ALPINE #104,   ROCKFORD IL 61107-1400
16514779     ##+Potratz & Hollander, PC,   30 N. LaSalle St.,   Suite 3900,   Chicago, IL 60602-3329
                                                                                               TOTALS: 2, * 3, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: cgreen                Page 4 of 4                  Date Rcvd: Oct 21, 2014
                               Form ID: pdf006             Total Noticed: 132
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2014 at the address(es) listed below:
              Ben L Schneider    on behalf of Interested Party Lila  Isaacs ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Carly V Gibbs    on behalf of Plaintiff Richard M. Fogel cgibbs@nisen.com
              Daniel P. Dawson    on behalf of Plaintiff Richard M. Fogel ddawson@nisen.com,  adrag@nisen.com
              Daniel P. Dawson    on behalf of Spec. Counsel    Nisen & Elliott, LLC ddawson@nisen.com,
               adrag@nisen.com
              Daniel P. Dawson    on behalf of Spec. Counsel Daniel P. Dawson ddawson@nisen.com,  adrag@nisen.com
              Daniel P. Dawson    on behalf of Trustee Richard M. Fogel ddawson@nisen.com,  adrag@nisen.com
              David Paul Holtkamp    on behalf of Interested Party William J. Factor dholtkamp@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;dholtkamp@ecf.inforuptcy.com
              Gabriel  Reilly-Bates    on behalf of Defendant Neil R Isaacs gbates@taftlaw.com,
               sfdocket@taftlaw.com
              James G Froberg    on behalf of Creditor    Bank Of America, NA jgfroberg@lowis-gellen.com,
               jgfroberg@aol.com
              Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Jeffrey E Altshul    on behalf of Creditor    19TH Street Parcel, LLC jaltshul@ginsbergjacobs.com
              Jeffrey S Harris    on behalf of Defendant Trevor  Davidson chicagolawyer@aol.com,
               help@windycitylawyer.com;chicagobklawyer@gmail.com;G1648@notify.cincompass.com
              Leonard S. Becker    on behalf of Creditor    Dawnway Enterprise Co. Ltd. lenbecker@sbcglobal.net
              Marc D Sherman    on behalf of Creditor Mark  Isaacs marc@mshermanlawoffice.com,
               info@mshermanlawoffice.com
              Marc D Sherman    on behalf of Defendant    Mark S. Isaacs Trust marc@mshermanlawoffice.com,
               info@mshermanlawoffice.com
              Marc D Sherman    on behalf of Defendant Loreen  Isaacs marc@mshermanlawoffice.com,
               info@mshermanlawoffice.com
              Marc D Sherman    on behalf of Defendant    Neil R. Isaacs Trust marc@mshermanlawoffice.com,
               info@mshermanlawoffice.com
              Marc D Sherman    on behalf of Defendant Mark  Isaacs marc@mshermanlawoffice.com,
               info@mshermanlawoffice.com
              Marc D Sherman    on behalf of Defendant    Isaacs Insurance Partnership, an Illinois General
               Partnership, and its partners marc@mshermanlawoffice.com,  info@mshermanlawoffice.com
              Mitchell Elliot Jones    on behalf of Debtor    Hico Flex Brass Company, Inc. mej@joneslaw.org
              Mitchell Elliot Jones    on behalf of Attorney Mitchell Elliot Jones mej@joneslaw.org
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter J Roberts    on behalf of Trustee Richard M. Fogel proberts@shawfishman.com
              Pia N Thompson    on behalf of Interested Party Lila  Isaacs pthompson@gouldratner.com,
               bburns@gouldratner.com
              Richard M Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawgussis.com,   il72@ecfcbis.com
              Richard M. Fogel     rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel    on behalf of Attorney    Shaw Fishman Glantz & Towbin LLC
               rfogel@shawfishman.com,  il72@ecfcbis.com
              Richard M. Fogel    on behalf of Accountant    CJBS, LLC rfogel@shawfishman.com,   il72@ecfcbis.com
              Sara E Lorber    on behalf of Interested Party    The Law Office of William J. Factor, Ltd.
               slorber@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com
              Sara E Lorber    on behalf of Interested Party William J. Factor slorber@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com
              Theodore  Liebovich    on behalf of Interested Party Neil R Isaacs liebovich-weber@comcast.net
              Tiffany  Rodriguez    on behalf of Creditor    Ballard Properties trodriguez@bslbv.com
              William J Factor    on behalf of Interested Party    The Law Office of William J. Factor, Ltd.
               wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
                                                                                             TOTAL: 33
```