**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HICO FLEX BRASS COMPANY, INC. | § Case No. 10-54005 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,425,376.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $75,783.90      Claims Discharged
                                                  Without Payment: $974,052.72

Total Expenses of Administration: $190,693.07

---

    3) Total gross receipts of $ 355,581.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 89,104.11 (see **Exhibit 2**), yielded net receipts of $266,476.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,334,187.00 | $2,674,654.00 | $75,783.90 | $75,783.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 104,340.87 | 104,340.87 | 104,340.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 190,379.77 | 190,379.77 | 86,352.20 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 277,853.00 | 255,514.39 | 174,740.99 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 598,904.59 | 6,997,005.74 | 685,414.76 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,210,944.59 | $10,221,894.77 | $1,230,660.29 | $266,476.97 |

4) This case was originally filed under Chapter 7 on December 06, 2010. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2015          By: /s/RICHARD M. FOGEL
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ComEd Security Deposit (Est.) | 1129-002 | 615.74 |
| Accounts receivable | 1121-000 | 19,457.53 |
| Office equipment and furnishings (Est.) | 1129-000 | 4,000.00 |
| Forklift, patterns and dies and other warehouse | 1129-000 | 10,000.00 |
| Specialty plumbing supplies (Est.) | 1129-000 | 141,665.00 |
| Refunds | 1229-000 | 738.70 |
| HFBC Employees Profit Sharing Plan (u) | 1280-000 | 89,104.11 |
| Breach of duty claims against Mark & Neil Isaacs | 1249-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$355,581.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HICO FLEX BRASS CO., INC. 401(k) PLAN | Transfer plan assets to independent fiduciary | 8500-002 | 89,104.11 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$89,104.11** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S-2 | Indiana Department of Revenue | 4210-000 | N/A | 142.40 | 0.00 | 0.00 |
| 14S-4 | Department of the Treasury | 4210-000 | 2,031.00 | 8,364.28 | 8,364.28 | 8,364.28 |
| 24 | Bank of America NA | 4210-000 | 1,332,156.00 | 1,333,073.66 | 67,419.62 | 67,419.62 |
| 44 | Bank of America NA | 4210-000 | N/A | 1,333,073.66 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $1,334,187.00 | $2,674,654.00 | $75,783.90 | $75,783.90 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 16,543.06 | 16,543.06 | 16,543.06 |
| RICHARD M. FOGEL | 2200-000 | N/A | 42.86 | 42.86 | 42.86 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3110-000 | N/A | 13,180.50 | 13,180.50 | 13,180.50 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3120-000 | N/A | 234.04 | 234.04 | 234.04 |
| CJBS, LLC | 3410-000 | N/A | 12,389.84 | 12,389.84 | 12,389.84 |
| CJBS, LLC | 3410-000 | N/A | 13.07 | 13.07 | 13.07 |
| NISEN & ELLIOTT | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| NISEN & ELLIOTT | 3220-610 | N/A | 1,812.76 | 1,812.76 | 1,812.76 |
| Office of the US Trustee | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| CNA INSURANCE | 2420-750 | N/A | 1,106.60 | 1,106.60 | 1,106.60 |
| RMC INDUSTRIAL SALES | 2420-000 | N/A | 366.47 | 366.47 | 366.47 |
| COMMONWEALTH EDISON | 2420-000 | N/A | 801.42 | 801.42 | 801.42 |
| NICOR | 2420-000 | N/A | 142.19 | 142.19 | 142.19 |
| COMMONWEALTH EDISON | 2420-000 | N/A | 742.55 | 742.55 | 742.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| R.M.C. INDUSTRIAL SERVICES | 3711-000 | N/A | 475.00 | 475.00 | 475.00 |
| COM ED | 2420-000 | N/A | 798.85 | 798.85 | 798.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 156.77 | 156.77 | 156.77 |
| AUCTION CONSULTANTS, INC. | 2990-000 | N/A | 1,437.50 | 1,437.50 | 1,437.50 |
| CONTINENTAL CASUALTY COMPANY | 2420-750 | N/A | -655.82 | -655.82 | -655.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 186.91 | 186.91 | 186.91 |
| DON E. BALLARD | 2410-000 | N/A | 6,325.00 | 6,325.00 | 6,325.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 141.74 | 141.74 | 141.74 |
| Rabobank, N.A. | 2600-000 | N/A | 100.15 | 100.15 | 100.15 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 98.92 | 98.92 | 98.92 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 250.00 | 250.00 | 250.00 |
| Rabobank, N.A. | 2600-000 | N/A | 87.25 | 87.25 | 87.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 89.78 | 89.78 | 89.78 |
| Rabobank, N.A. | 2600-000 | N/A | 98.93 | 98.93 | 98.93 |
| JPMORGAN CHASE BANK | 2990-000 | N/A | 73.69 | 73.69 | 73.69 |
| Rabobank, N.A. | 2600-000 | N/A | 83.49 | 83.49 | 83.49 |
| CENDROWSKI CORPORATE ADVISORS LLC II | 2990-000 | N/A | 375.00 | 375.00 | 375.00 |
| Rabobank, N.A. | 2600-000 | N/A | 60.83 | 60.83 | 60.83 |
| Rabobank, N.A. | 2600-000 | N/A | 71.05 | 71.05 | 71.05 |
| Rabobank, N.A. | 2600-000 | N/A | 64.44 | 64.44 | 64.44 |
| VERICORE | 3992-330 | N/A | 450.00 | 450.00 | 450.00 |
| Rabobank, N.A. | 2600-000 | N/A | 62.14 | 62.14 | 62.14 |
| Rabobank, N.A. | 2600-000 | N/A | 69.98 | 69.98 | 69.98 |
| Rabobank, N.A. | 2600-000 | N/A | 59.39 | 59.39 | 59.39 |
| Rabobank, N.A. | 2600-000 | N/A | 187.94 | 187.94 | 187.94 |
| Rabobank, N.A. | 2600-000 | N/A | 174.27 | 174.27 | 174.27 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 91.69 | 91.69 | 91.69 |
| Rabobank, N.A. | 2600-000 | N/A | 157.09 | 157.09 | 157.09 |
| Rabobank, N.A. | 2600-000 | N/A | 159.67 | 159.67 | 159.67 |
| Rabobank, N.A. | 2600-000 | N/A | 175.88 | 175.88 | 175.88 |
| VERICORE LLC | 3992-330 | N/A | -93.91 | -93.91 | -93.91 |
| Rabobank, N.A. | 2600-000 | N/A | 164.66 | 164.66 | 164.66 |
| Rabobank, N.A. | 2600-000 | N/A | 159.03 | 159.03 | 159.03 |
| Rabobank, N.A. | 2600-000 | N/A | 180.73 | 180.73 | 180.73 |
| Rabobank, N.A. | 2600-000 | N/A | 158.56 | 158.56 | 158.56 |
| AUCTION CONSULTANTS INC. | 2500-000 | N/A | 1,747.37 | 1,747.37 | 1,747.37 |
| AUCTION CONSULTANTS INC. | 2500-000 | N/A | 8,987.50 | 8,987.50 | 8,987.50 |
| AUCTION CONSULTANTS INC. | 2500-000 | N/A | 1,374.53 | 1,374.53 | 1,374.53 |
| AUCTION CONSULTANTS INC. | 2500-000 | N/A | 800.00 | 800.00 | 800.00 |
| AUCTION CONSULTANTS INC. | 2500-000 | N/A | 770.00 | 770.00 | 770.00 |
| AUCTION CONSULTANTS INC. | 2500-000 | N/A | 434.51 | 434.51 | 434.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $104,340.87 | $104,340.87 | $104,340.87 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ballard Properties | 6920-000 | N/A | 69,393.03 | 69,393.03 | 31,361.64 |
| Law Office of William J. Factor | 6210-160 | N/A | 111,675.71 | 111,675.71 | 50,470.97 |
| Stephen L. Lopata, CPA Ltd. | 6410-000 | N/A | 8,312.50 | 8,312.50 | 3,756.77 |
| Illinois Department of Revenue | 6950-000 | N/A | 430.08 | 430.08 | 194.37 |
| UNITED STATES TREASURY | 6810-000 | N/A | 390.00 | 390.00 | 390.00 |
| UNITED STATES TREASURY | 6810-000 | N/A | 178.45 | 178.45 | 178.45 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $190,379.77 | $190,379.77 | $86,352.20 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P-2 | Indiana Department of Revenue | 5800-000 | N/A | 117.05 | 0.00 | 0.00 |
| 7 -2 | Hico Flex Brass Co 401(K) Plan | 5400-000 | 5,982.00 | 79,761.61 | 0.00 | 0.00 |
| 8 | Alejandro Reyes | 5800-000 | N/A | 34,000.11 | 34,000.11 | 0.00 |
| 9P | Illinois Department of Employment Security | 5800-000 | N/A | 23,205.07 | 23,205.07 | 0.00 |
| 10P | Illinois Department of Employment Security | 5800-000 | 6,082.00 | 12,872.91 | 12,872.91 | 0.00 |
| 12 | Adelaida Valle | 5400-000 | N/A | 16,052.63 | 16,052.63 | 0.00 |
| 13 | Margarita Urquiza | 5400-000 | N/A | 2,122.00 | 2,122.00 | 0.00 |
| 14P-4 | Department of the Treasury | 5800-000 | 232,312.00 | 44,984.62 | 44,984.62 | 0.00 |
| 26P | Illinois Department of Revenue | 5800-000 | 33,427.00 | 38,040.53 | 38,040.53 | 0.00 |
| 34 | New York State | 5800-000 | 50.00 | 894.74 | 894.74 | 0.00 |
| 35P | Illinois Department of Employment Security | 5800-000 | N/A | 2,568.38 | 2,568.38 | 0.00 |
| 36 | New York State | 5800-000 | N/A | 894.74 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $277,853.00 | $255,514.39 | $174,740.99 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Elk Grove Rubber Co. | 7100-000 | 6,250.02 | 8,021.09 | 8,021.09 | 0.00 |
| 2 | New York State, Office of Counsel | 7100-000 | N/A | 50.00 | 0.00 | 0.00 |
| 3U-2 | Indiana Department of Revenue | 7100-000 | N/A | 14.68 | 0.00 | 0.00 |
| 4 | Interline Brands Inc dba Barnett | 7100-000 | 973.70 | 2,170.23 | 2,170.23 | 0.00 |
| 5 | Dawnway Enterprise Co., Ltd. | 7100-000 | 280,000.00 | 312,000.00 | 312,000.00 | 0.00 |
| 6 | Interline Brands Inc dba Barnett | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9U | Illinois Department of Employment Security | 7100-000 | N/A | 1,712.24 | 1,712.24 | 0.00 |
| 10U | Illinois Department of Employment Security | 7100-000 | N/A | 165.00 | 165.00 | 0.00 |
| 11 | Teresita E Mercado | 7100-000 | N/A | 190,526.41 | 62,042.46 | 0.00 |
| 14U-4 | Department of the Treasury | 7100-000 | N/A | 73,729.70 | 73,729.70 | 0.00 |
| 15 | Meltzer, Purtill & Stelle LLC | 7100-000 | N/A | 6,431.25 | 6,431.25 | 0.00 |
| 16 | Kenneth Rios | 7100-000 | N/A | 1,329.60 | 1,329.60 | 0.00 |
| 17 -2 | Martin Rios | 7100-000 | N/A | 5,530.00 | 5,530.00 | 0.00 |
| 18 | UNITED PARCEL SERVICE | 7100-000 | 16.25 | 6,389.54 | 6,389.54 | 0.00 |
| 19 | Mark S. Isaacs | 7100-000 | 145,000.00 | 1,250,000.00 | 0.00 | 0.00 |
| 20 -2 | Isaacs Insurance Partnership | 7100-000 | N/A | 1,172,900.00 | 0.00 | 0.00 |
| 21 | Neal, Gerber & Eisenberg, LLP | 7100-000 | 31,214.00 | 35,590.63 | 35,590.63 | 0.00 |
| 22 | Lila Isaacs | 7100-000 | N/A | 1,250,000.00 | 0.00 | 0.00 |
| 23 | Harold Isaacs Revocable Trust | 7100-000 | N/A | 1,250,000.00 | 0.00 | 0.00 |
| 25 | Howard Simon & Associates | 7100-000 | 5,177.50 | 13,220.26 | 13,220.26 | 0.00 |
| 26U | Illinois Department of Revenue | 7100-000 | 50.53 | 4,168.14 | 4,168.14 | 0.00 |
| 27 | Kutchins, Robbins & Diamond, LTD | 7100-000 | N/A | 11,979.63 | 0.00 | 0.00 |
| 28 | State Farm General Insurance Company | 7100-000 | N/A | 61,557.07 | 61,557.07 | 0.00 |
| 29 | Kutchins Robbins & Diamond LTD | 7100-000 | 13,250.00 | 11,979.63 | 11,979.63 | 0.00 |
| 30 | Paradigm Graphic Design | 7100-000 | N/A | 1,472.00 | 1,472.00 | 0.00 |
| 31 | Howard Simon & Associates | 7100-000 | N/A | 13,220.26 | 0.00 | 0.00 |
| 32 | Worldtrans Services | 7100-000 | 2,180.88 | 2,180.00 | 2,180.00 | 0.00 |
| 35U | Illinois Department of Employment Security | 7100-000 | N/A | 50.00 | 50.00 | 0.00 |
| 38 | ETHERCYCLE | 7100-000 | N/A | 725.00 | 725.00 | 0.00 |
| 39 | Jomar International Ltd | 7100-000 | N/A | 2,654.00 | 2,654.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | Teresita E Mercado | 7100-000 | N/A | 62,042.46 | 0.00 | 0.00 |
| 41 | SJE- Rhombus Controls | 7100-000 | N/A | 1,368.75 | 1,368.75 | 0.00 |
| 42 | Luxe Home Hardware Corp. | 7100-000 | N/A | 359.00 | 359.00 | 0.00 |
| 43 | Automatic Fire Systems Inc. | 7100-000 | N/A | 508.00 | 508.00 | 0.00 |
| 45 | Mark S. Isaacs Trust for Isaacs Insurance Ptnp | 7100-000 | N/A | 1,172,900.00 | 0.00 | 0.00 |
| 46 | Uniphase Inc | 7100-000 | N/A | 12,271.12 | 12,271.12 | 0.00 |
| 47 | Echo Global Logistics | 7100-000 | N/A | 1,635.35 | 1,635.35 | 0.00 |
| 48 | Allstate Insurance Company | 7200-000 | N/A | 50,442.27 | 50,442.27 | 0.00 |
| 49 | State Farm Fire & Casualty | 7200-000 | N/A | 5,712.43 | 5,712.43 | 0.00 |
| NOTFILED | Allied Waste Services of Chicago | 7100-000 | 167.10 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express Corp. Revenue Recovery/Bankruptcy | 7100-000 | 2,941.59 | N/A | N/A | 0.00 |
| NOTFILED | Fort Dearborn Life Insurance Co. | 7100-000 | 284.40 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Insurance Company | 7100-000 | 1,029.13 | N/A | N/A | 0.00 |
| NOTFILED | Blitt & Gaines P.C. | 7100-000 | 3,637.50 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbeyond | 7100-000 | 2,963.68 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Co. | 7100-000 | 417.69 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 7100-000 | 6,988.46 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of Illinois | 7100-000 | 8,381.61 | N/A | N/A | 0.00 |
| NOTFILED | Potratz & Hollander, PC | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Impacct Sales Co. | 7100-000 | 2,835.39 | N/A | N/A | 0.00 |
| NOTFILED | PT. Ever Age Valves Metals | 7100-000 | 7,958.00 | N/A | N/A | 0.00 |
| NOTFILED | Prudential | 7100-000 | 4,331.00 | N/A | N/A | 0.00 |
| NOTFILED | Santana Energy Services | 7100-000 | 2,866.48 | N/A | N/A | 0.00 |
| NOTFILED | Schmidt, Salzman & Moran, Ltd. | 7100-000 | 3,939.22 | N/A | N/A | 0.00 |
| NOTFILED | TriWest Sales | 7100-000 | 59.43 | N/A | N/A | 0.00 |
| NOTFILED | Tridon (IDEAL) | 7100-000 | 1,785.00 | N/A | N/A | 0.00 |
| NOTFILED | Premium Assignment Corporation | 7100-000 | 14,622.84 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 348.35 | N/A | N/A | 0.00 |
| NOTFILED | Mesirow Insurance Services, Inc. | 7100-000 | 16,204.60 | N/A | N/A | 0.00 |
| NOTFILED | Liason Technologies, Inc. | 7100-000 | 278.64 | N/A | N/A | 0.00 |
| NOTFILED | Nielsen Business Media | 7100-000 | 3,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Ningbo Jiangdong Grommet Rubber | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Omni Corporate Services, Ltd., Inc. | 7100-000 | 1,070.63 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Office Depot | 7100-000 | 316.47 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | International Monetary Systems | 7100-000 | 34.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$598,904.59** | **$6,997,005.74** | **$685,414.76** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/30/12 (c)  
**§341(a) Meeting Date:** 09/11/12

**Period Ending:** 03/20/15

**Claims Bar Date:** 12/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Loan to Isaacs Insurance Partnership<br>        Imported from original petition Doc# 58 | 210.00 | 210.00 | | 0.00 | FA |
| 2   ComEd Security Deposit (Est.)<br>        Imported from original petition Doc# 58 | 1,500.00 | 1,500.00 | | 615.74 | FA |
| 3   Accounts receivable<br>        Imported from original petition Doc# 58 | 171,888.00 | 171,888.00 | | 19,457.53 | FA |
| 4   Loan to Lila Isaacs<br>        Imported from original petition Doc# 58  (See Footnote) | 457,664.00 | 457,664.00 | | 0.00 | FA |
| 5   Loan to Michael Isaacs<br>        Imported from original petition Doc# 58  (See Footnote) | 212,951.00 | 212,951.00 | | 0.00 | FA |
| 6   Loan to Neil Isaacs<br>        Imported from original petition Doc# 58  (See Footnote) | 163,229.00 | 163,229.00 | | 0.00 | FA |
| 7   Loan to Isaacs Insurance Partnership<br>        Imported from original petition Doc# 58  (See Footnote) | 591,322.00 | 591,322.00 | | 0.00 | FA |
| 8   Office equipment and furnishings (Est.)<br>        Imported from original petition Doc# 58 | 5,000.00 | 5,000.00 | | 4,000.00 | FA |
| 9   Forklift, patterns and dies and other warehouse<br>        Imported from original petition Doc# 58 | 8,000.00 | 8,000.00 | | 10,000.00 | FA |
| 10  Specialty plumbing supplies (Est.)<br>        Imported from original petition Doc# 58 | 1,600,000.00 | 1,600,000.00 | | 141,665.00 | FA |
| 11  Refunds  (u) | 0.00 | Unknown | | 738.70 | FA |
| 12  HFBC Employees Profit Sharing Plan (u)  (u) | 0.00 | 80,000.00 | | 89,104.11 | FA |
| 13  Breach of duty claims against Mark & Neil Isaacs  (u) (See Footnote) | 0.00 | Unknown | | 90,000.00 | FA |
| **13    Assets    Totals** (Excluding unknown values) | **$3,211,764.00** | **$3,291,764.00** | | **$355,581.08** | **$0.00** |

RE PROP# 4    Claim resolved per settlement approved 10-28-13  
RE PROP# 5    Claim resolved per settlement approved 10-28-13  
RE PROP# 6    Claim resolved per settlement approved 10-28-13

Printed: 03/20/2015 08:39 AM    V.13.21

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/30/12 (c)  
**§341(a) Meeting Date:** 09/11/12

**Period Ending:** 03/20/15

**Claims Bar Date:** 12/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 7    Claim resolved per settlement approved 10-28-13

RE PROP# 13    Adversary complaint settled pursuant to o/c 10-29-13. Settlement included withdrawal of insider claims and secured claim.

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2014    **Current Projected Date Of Final Report (TFR):** October 20, 2014 (Actual)

Exhibit 9

Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.  
**Taxpayer ID #:** **-***1625  
**Period Ending:** 03/20/15

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******45-66 - Estate Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/12 | {3} | DEHCO, INC. | Account receivable | 1121-000 | 46.67 | | 46.67 |
| 08/24/12 | {3} | TRIPLE S SPECIALTIES CORP. | Account receivable | 1121-000 | 1,730.37 | | 1,777.04 |
| 08/24/12 | {3} | W.W. ENGINEERING CO. | Account receivable | 1121-000 | 2,024.00 | | 3,801.04 |
| 08/24/12 | {3} | BUILDERS SOURCE LLC | Account receivable | 1121-000 | 1,782.95 | | 5,583.99 |
| 08/24/12 | {3} | WM. F. MEYER CO. | Account receivable | 1121-000 | 5.36 | | 5,589.35 |
| 08/24/12 | {3} | ED'S HARDWARE & SUPPLY | Account receivable - Inv. #1300 | 1121-000 | 212.86 | | 5,802.21 |
| 08/24/12 | {3} | BINDER'S PLUMBING FORUM | Account receivable | 1121-000 | 467.77 | | 6,269.98 |
| 08/24/12 | {3} | SCHULHOF COMPANY | Account receivable | 1121-000 | 66.92 | | 6,336.90 |
| 08/24/12 | {3} | LDR INDUSTRIES | Account receivable | 1121-000 | 311.50 | | 6,648.40 |
| 08/24/12 | {3} | MARCO SUPPLY COMPANY | Account receivable | 1121-000 | 251.78 | | 6,900.18 |
| 08/24/12 | {3} | ALGOR PLUMBING AND HEATING SUPPLY | Account receivable | 1121-000 | 1,280.73 | | 8,180.91 |
| 08/24/12 | {3} | M. COOPER | Account receivable | 1121-000 | 588.00 | | 8,768.91 |
| 08/24/12 | {3} | FAMOUS MANUFACTURING COMPANY | Account receivable | 1121-000 | 792.99 | | 9,561.90 |
| 08/24/12 | {3} | WELLS PLUMBING & HEATING SUPPLIES | Account receivable | 1121-000 | 159.30 | | 9,721.20 |
| 08/24/12 | {3} | HODES COMPANY | Account receivable | 1121-000 | 33.82 | | 9,755.02 |
| 08/24/12 | {3} | T.A. GENTRY SUPPLY | Account receivable | 1121-000 | 132.04 | | 9,887.06 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,862.06 |
| 09/04/12 | {3} | COLUMBIA PIPE & SUPPLY CO. | Account receivable | 1121-000 | 16.16 | | 9,878.22 |
| 09/04/12 | {3} | RAK ONLINE SERVICES | Account receivable | 1121-000 | 12.22 | | 9,890.44 |
| 09/04/12 | {3} | CLARK-DEVON HARDWARE CO. | Account receivable | 1121-000 | 55.77 | | 9,946.21 |
| 09/04/12 | {3} | CENTURY PIPE & SUPPLY INC. | Account receivable | 1121-000 | 117.60 | | 10,063.81 |
| 09/04/12 | {3} | B.E. ATLAS COMPANY | Account receivable | 1121-000 | 2,730.21 | | 12,794.02 |
| 09/04/12 | {11} | SPRINT NEXTEL | Refund | 1229-000 | 100.00 | | 12,894.02 |
| 09/05/12 | 101 | CNA INSURANCE | ACCT. NO. 3022026576- Premium for general liability and umbrella policy | 2420-750 | | 1,106.60 | 11,787.42 |
| 09/07/12 | 102 | RMC INDUSTRIAL SALES | Reimbursement for locksmith bill | 2420-000 | | 366.47 | 11,420.95 |
| 09/12/12 | {3} | SHIELDS IRRIGATION | Account receivable | 1121-000 | 275.16 | | 11,696.11 |
| 09/12/12 | {3} | AQUA PLUMBING SUPPLY CORP. | Account receivable | 1121-000 | 1,018.00 | | 12,714.11 |
| 09/12/12 | 103 | COMMONWEALTH EDISON | Pro rata payment of utility bill (post-conversion) for acct no. 3050125091 | 2420-000 | | 801.42 | 11,912.69 |
| 09/21/12 | {3} | BENJAMIN SUPPLY | Account receivable | 1121-000 | 50.00 | | 11,962.69 |
| 09/21/12 | {3} | ALGOR PLUMBING AND HEATING SUPPLY | Account receivable | 1121-000 | 281.83 | | 12,244.52 |
| 09/24/12 | 104 | NICOR | Acct. 30-47-30-1715 7/Aug 2- Aug 30 | 2420-000 | | 142.19 | 12,102.33 |

Subtotals : $14,544.01 $2,441.68

{} Asset reference(s)

Printed: 03/20/2015 08:39 AM V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******45-66 - Estate Checking Account

**Taxpayer ID #:** **-***1625  
**Period Ending:** 03/20/15

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/24/12 | 105 | COMMONWEALTH EDISON | Acct 3050125091/ Aug 10 - Sep 11 | 2420-000 | | 742.55 | 11,359.78 |
| 09/25/12 | {3} | M. COOPER | Account receivable- Inv #1260 and 1266 | 1121-000 | 973.87 | | 12,333.65 |
| 09/27/12 | {3} | CENTURY PIPE & SUPPLY INC. | Account receivable | 1121-000 | 52.83 | | 12,386.48 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,361.48 |
| 10/05/12 | {3} | THE WESTBRASS COMPANY | Account receivable - ##877, 1017 & 1017 | 1121-000 | 268.83 | | 12,630.31 |
| 10/11/12 | 106 | R.M.C. INDUSTRIAL SERVICES | Preparation of Inventory and Appraisal | 3711-000 | | 475.00 | 12,155.31 |
| 10/12/12 | | AUCTION CONSULTANTS INC. | Proceeds of public auction sale | | 141,551.09 | | 153,706.40 |
| | {10} | | 141,665.00 | 1129-000 | | | 153,706.40 |
| | {9} | | 10,000.00 | 1129-000 | | | 153,706.40 |
| | {8} | | 4,000.00 | 1129-000 | | | 153,706.40 |
| | | | Newspaper advertising  -1,747.37 | 2500-000 | | | 153,706.40 |
| | | | Labor  -8,987.50 | 2500-000 | | | 153,706.40 |
| | | | Printing, postage and signage  -1,374.53 | 2500-000 | | | 153,706.40 |
| | | | Live Internet  -800.00 | 2500-000 | | | 153,706.40 |
| | | | Dumpsters  -770.00 | 2500-000 | | | 153,706.40 |
| | | | Miscellaneous costs of sale  -434.51 | 2500-000 | | | 153,706.40 |
| 10/19/12 | {3} | GRIFFIN SUPPLY INC. | Account receivable | 1121-000 | 473.43 | | 154,179.83 |
| 10/19/12 | 107 | BANK OF AMERICA, N.A., as successor in interest by merger | Partial payment of secured claim per stipulation and o/c 9-19-12 | 4210-000 | | 47,419.62 | 106,760.21 |
| 10/19/12 | 108 | NISEN & ELLIOTT LLC | Retainer for special counsel per o/c 9-19-12 | 3210-600 | | 15,000.00 | 91,760.21 |
| 10/19/12 | 109 | COM ED | Final payment/Acct. #3050125091 [9/11-10/11 (615.74) & 10/12-10/15 (183.11)] | 2420-000 | | 798.85 | 90,961.36 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 156.77 | 90,804.59 |
| 11/06/12 | {3} | HAJORCA CORPORATION | Account receivable - Inv #1276 (net of credit for Iowa Wholesale #363859) | 1121-000 | 53.78 | | 90,858.37 |
| 11/13/12 | {3} | HAJOCA CORPORATION | Account receivable - Hughes Supply #6 | 1121-000 | 1,000.00 | | 91,858.37 |
| 11/14/12 | 110 | UNITED STATES TREASURY | Penalty for Form 1120S for YE 11/30/11--36-2531625 | 6810-000 | | 390.00 | 91,468.37 |
| 11/14/12 | 111 | AUCTION CONSULTANTS, INC. | Labor for transfer of records and computers to CJBS | 2990-000 | | 1,437.50 | 90,030.87 |
| 11/27/12 | | CONTINENTAL CASUALTY COMPANY | Refund of unearned insurance premium | 2420-750 | | -655.82 | 90,686.69 |
| 11/28/12 | 112 | Ballard Properties | Settlement of chapter 7 use & occupancy claim per o/c 11-28-12 Voided on 12/14/12 | 2410-000 | | 6,325.00 | 84,361.69 |
| 11/28/12 | 113 | Bank of America, N.A. | Partial payment of secured claim per stipulation | 4210-000 | | 20,000.00 | 64,361.69 |
| | | | Subtotals : | | $144,373.83 | $92,114.47 | |

{} Asset reference(s)

Printed: 03/20/2015 08:39 AM   V.13.21

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-54005 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | HICO FLEX BRASS COMPANY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******45-66 - Estate Checking Account |
| Taxpayer ID #: | **-***1625 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/20/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | and o/c 9-19-12 | | | | |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 186.91 | 64,174.78 |
| 12/06/12 | {11} | NICOR | Refund of security deposit | 1229-000 | 638.70 | | 64,813.48 |
| 12/06/12 | {2} | COM ED | Overpayment credit: Non-compensable | 1129-002 | 183.11 | | 64,996.59 |
| 12/06/12 | {2} | COM ED | Overpayment credit: Non-compensable | 1129-002 | 432.63 | | 65,429.22 |
| 12/14/12 | 112 | Ballard Properties | Settlement of chapter 7 use & occupancy claim per o/c 11-28-12  Voided: check issued on 11/28/12 | 2410-000 | | -6,325.00 | 71,754.22 |
| 12/14/12 | 114 | DON E. BALLARD | Replace #112  Settlement of chapter 7 use & occupancy claim per o/c 11-28-12 | 2410-000 | | 6,325.00 | 65,429.22 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.74 | 65,287.48 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033072088 20130103 | 9999-000 | | 65,287.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 160,172.28 | 160,172.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 65,287.48 | |
| | | | **Subtotal** | | **160,172.28** | **94,884.80** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$160,172.28** | **$94,884.80** | |

{} Asset reference(s)

Printed: 03/20/2015 08:39 AM    V.13.21

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.  
**Taxpayer ID #:** **-***1625  
**Period Ending:** 03/20/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******45-67 - BOA collateral account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/20/2015 08:39 AM V.13.21

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.  
**Taxpayer ID #:** **-***1625  
**Period Ending:** 03/20/15

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Estate Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 65,287.48 | | 65,287.48 |
| 01/29/13 | 10115 | UNITED STATES TREASURY | 2012 Form 940- EIN 36-2531625 | 6810-000 | | 178.45 | 65,109.03 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.15 | 65,008.88 |
| 02/05/13 | 10116 | INTERNATIONAL SURETIES, LTD. | Surety Bond No. 016026455 | 2300-000 | | 98.92 | 64,909.96 |
| 02/20/13 | 10117 | INTERNATIONAL SURETIES, LTD. | ERISA Bond for HICO 401(k) Plan #964120580 | 2300-000 | | 250.00 | 64,659.96 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.25 | 64,572.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.78 | 64,482.93 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.93 | 64,384.00 |
| 05/06/13 | {3} | HOME DECOR PRODUCTS, INC. | Dividend from ch. 7 bankruptcy estate | 1121-000 | 163.07 | | 64,547.07 |
| 05/07/13 | 10118 | JPMORGAN CHASE BANK | Subpoena fee- Case ID SB56172-I1 | 2990-000 | | 73.69 | 64,473.38 |
| 05/13/13 | 10119 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Attorneys fees per o/c 5-13-13 | 3110-000 | | 9,175.50 | 55,297.88 |
| 05/13/13 | 10120 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Interim expenses per o/c 5-13-13 | 3120-000 | | 171.30 | 55,126.58 |
| 05/13/13 | 10121 | CJBS, LLC | Accountants fees per o/c 5-13-13 | 3410-000 | | 9,716.89 | 45,409.69 |
| 05/13/13 | 10122 | CJBS, LLC | Interim expenses per o/c 5-13-13 | 3410-000 | | 13.07 | 45,396.62 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.49 | 45,313.13 |
| 06/25/13 | 10123 | CENDROWSKI CORPORATE ADVISORS LLC II | Background checks | 2990-000 | | 375.00 | 44,938.13 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.83 | 44,877.30 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.05 | 44,806.25 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.44 | 44,741.81 |
| 09/19/13 | 10124 | VERICORE | Cost advance for Braxton Harris account Voided on 09/19/13 | 3992-330 | | 450.00 | 44,291.81 |
| 09/19/13 | 10124 | VERICORE | Cost advance for Braxton Harris account Voided: check issued on 09/19/13 | 3992-330 | | -450.00 | 44,741.81 |
| 09/19/13 | 10125 | VERICORE | Cost advance for Braxton Harris account | 3992-330 | | 450.00 | 44,291.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.14 | 44,229.67 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.98 | 44,159.69 |
| 11/12/13 | {3} | STACEY MEISEL, TRUSTEE FOR HOME DECOR PRODUCTS INC. | Dividend from ch. 7 bankruptcy estate | 1121-000 | 154.85 | | 44,314.54 |
| 11/26/13 | {13} | CHICAGO TITLE AND TRUST COMPANY | Settlement of adversary complaint per o/c 10-28-13 | 1249-000 | 90,000.00 | | 134,314.54 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.39 | 134,255.15 |
| 12/02/13 | 10126 | NISEN & ELLIOTT, LLC | Special counsel fees & expenses, per o/c 10-28-13 | | | 16,812.76 | 117,442.39 |

Subtotals : $155,605.40 $38,163.01

{} Asset reference(s)

Printed: 03/20/2015 08:39 AM V.13.21

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.  
**Taxpayer ID #:** **-***1625  
**Period Ending:** 03/20/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Estate Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Fees                    15,000.00 | 3210-600 | | | 117,442.39 |
| | | | Expenses              1,812.76 | 3220-610 | | | 117,442.39 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.94 | 117,254.45 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.27 | 117,080.18 |
| 02/04/14 | 10127 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 91.69 | 116,988.49 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.09 | 116,831.40 |
| 03/11/14 | 10128 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Interim compensation and expenses per o/c 3-10-14 | | | 2,340.92 | 114,490.48 |
| | | | Fees for 4/1/13 - 1/31/14     2,295.00 | 3110-000 | | | 114,490.48 |
| | | | Expenses for 4/1/13 - 1/31/14     45.92 | 3120-000 | | | 114,490.48 |
| 03/11/14 | 10129 | CJBS, LLC | Interim compensation per o/c 3-10-14 | 3410-000 | | 1,572.40 | 112,918.08 |
| 03/25/14 | {3} | VERICORE, LLC | Recovery from Braxton Harris Co. | 1121-000 | 1,872.86 | | 114,790.94 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.67 | 114,631.27 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.88 | 114,455.39 |
| 05/20/14 | | VERICORE LLC | Refund of unused court costs (Braxton Harris) | 3992-330 | | -93.91 | 114,549.30 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.66 | 114,384.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.03 | 114,225.61 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.73 | 114,044.88 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.56 | 113,886.32 |
| 11/20/14 | 10130 | CJBS, LLC | Dividend paid 100.00% on $12,389.84, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,100.55 | 112,785.77 |
| 11/20/14 | 10131 | Office of the US Trustee | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 325.00 | 112,460.77 |
| 11/20/14 | 10132 | Department of the Treasury | 100.00% dividend on Claim # 14S-4, Ref: | 4210-000 | | 8,364.28 | 104,096.49 |
| 11/20/14 | 10133 | Ballard Properties | Dividend paid 45.19% on $69,393.03, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11); Reference: | 6920-000 | | 31,361.64 | 72,734.85 |
| 11/20/14 | 10134 | Law Office of William J. Factor | Dividend paid 45.19% on $111,675.71, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 50,470.97 | 22,263.88 |
| 11/20/14 | 10135 | Stephen L. Lopata, CPA Ltd. | Dividend paid 45.19% on $8,312.50, Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11); Reference: | 6410-000 | | 3,756.77 | 18,507.11 |
| 11/20/14 | 10136 | Illinois Department of Revenue | Dividend paid 45.19% on $430.08, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: | 6950-000 | | 194.37 | 18,312.74 |

Subtotals :           $1,872.86           $101,002.51

{} Asset reference(s)                                                                                       Printed: 03/20/2015 08:39 AM    V.13.21

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 10-54005  
**Case Name:** HICO FLEX BRASS COMPANY, INC.

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Estate Checking Account

**Taxpayer ID #:** **-***1625  
**Period Ending:** 03/20/15

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/14 | 10137 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 16,585.92 | 1,726.82 |
| | | | Dividend paid 100.00% 16,543.06 on $16,543.06; Claim# A; Filed: $16,543.06 | 2100-000 | | | 1,726.82 |
| | | | Dividend paid 100.00% 42.86 on $42.86; Claim# B; Filed: $42.86 | 2200-000 | | | 1,726.82 |
| 11/20/14 | 10138 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Combined Check for Claims#C,D | | | 1,726.82 | 0.00 |
| | | | Dividend paid 100.00% 1,710.00 on $13,180.50; Claim# C; Filed: $13,180.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 16.82 on $234.04; Claim# D; Filed: $234.04 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 157,478.26 | 157,478.26 | **$0.00** |
| | | | Less: Bank Transfers | | 65,287.48 | 0.00 | |
| | | | **Subtotal** | | **92,190.78** | **157,478.26** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$92,190.78** | **$157,478.26** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 10-54005 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | HICO FLEX BRASS COMPANY, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7467 - BOA collateral account |
| **Taxpayer ID #:** | **-***1625 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/20/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 03/20/2015 08:39 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| | | |
|---|---|---|
| **Case Number:** 10-54005 | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** HICO FLEX BRASS COMPANY, INC. | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******7468 - Retirmnt Pln for Employee |
| **Taxpayer ID #:** **-***1625 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 03/20/15 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/13 | {12} | COMPUTERSHARE | Maturity check for State of Israel Bond | 1280-000 | 5,000.00 | | 5,000.00 |
| 08/07/13 | {12} | COMPUTERSHARE | Maturity check for State of Israel Bond | 1280-000 | 5,000.00 | | 10,000.00 |
| 11/26/13 | {12} | CHICAGO TITLE AND TRUST COMPANY | Payment of funds due to HICO Flex Brass Co. Employee Profit Sharing Plan per USDC consent order | 1280-000 | 79,104.11 | | 89,104.11 |
| 12/20/13 | 101 | HICO FLEX BRASS CO., INC. 401(k) PLAN | Transfer plan assets to independent fiduciary | 8500-002 | | 89,104.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 89,104.11 | 89,104.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 89,104.11 | 89,104.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$89,104.11** | **$89,104.11** | |

| | |
|---|---|
| Net Receipts : | 341,467.17 |
| Plus Gross Adjustments : | 14,113.91 |
| Less Other Noncompensable Items : | 89,719.85 |
| Net Estate : | $265,861.23 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******45-66 | 160,172.28 | 94,884.80 | 0.00 |
| Checking # ****-******45-67 | 0.00 | 0.00 | 0.00 |
| Checking # ******7466 | 92,190.78 | 157,478.26 | 0.00 |
| Checking # ******7467 | 0.00 | 0.00 | 0.00 |
| Checking # ******7468 | 89,104.11 | 89,104.11 | 0.00 |
| | $341,467.17 | $341,467.17 | $0.00 |

{} Asset reference(s)

Printed: 03/20/2015 08:39 AM V.13.21